1  DION N. COMINOS (SBN: 136522)
   dcominos@gordonrees.com
2  CATHERINE A. SALAH (SBN: 154524)
   csalah@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11  DEBORAH WILSON                    CASE NO. C 07-03431 BZ

12          Plaintiff,                **CERTIFICATE OF SERVICE**
        vs.
13
    COMPASS VISION, INC.; and NATIONAL
14  MEDICAL SERVICES, INC., d/b/a NMS LABS

15          Defendants.           /

16      I am a resident of the State of California, over the age of eighteen years, and not a party
   to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite
17 2000, San Francisco, CA 94111. On the date below, I served the within documents:

18      1.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
   ADR DEADLINES;
19
        2.    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
20 MAGISTRATE JUDGE FOR TRIAL;

21      3.    ECF REGISTRATION INFORMATION HANDOUT & COURT GUIDELINES;

22      4.    DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF
   CALIFORNIA
23
   ο  by transmitting via facsimile the document(s) listed above to the fax number(s) set
24     forth below on this date before 5:00 p.m.

25 ο  by personally delivering the document(s) listed above to the person(s) at the
      address(es) set forth below.
26
   ý  by placing the document(s) listed above in a sealed envelope with postage thereon
27    fully prepaid, in United States mail in the State of California at San Francisco,
      addressed as set forth below.
28

-1-

CERTIFICATE OF SERVICE                                          CASE NO. C 07-03431 BZ

***Plaintiff Pro Per:***
Deborah Wilson
361 Garden Common
Livermore, CA 94551

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2007, at San Francisco, California.

/s/ Anne M. Papina
_____
Anne M. Papina

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

CERTIFICATE OF SERVICE                                CASE NO. C 07-03431 BZ