DION N. COMINOS  (SBN: 136522)
dcominos@gordonrees.com
CATHERINE A. SALAH  (SBN: 154524)
csalah@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON<br><br>                    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>                    Defendants.         / | CASE NO. C 07-03431 BZ<br><br>**COMPASS VISION, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R Civ. P. 12(b)(6)]**<br><br>Date:     August 15, 2007<br>Time:    10:00 a.m.<br>Crtrm:   G<br>Judge:   Hon. Bernard Zimmerman |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 15, 2007 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Courtroom G, located at 450 Golden Gate Avenue, San Francisco, California, Defendant Compass Vision, Inc. ("Compass Vision") will move the court to dismiss Plaintiff Deborah Wilson's action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

1   This motion will be based on this Notice of Motion and Motion, the Memorandum of
2   Points and Authorities filed herewith, the pleadings and papers filed herein, and upon such other
3   oral and documentary evidence as may be presented at the hearing of this motion.
4   PLEASE TAKE FURTHER NOTICE that Compass Vision requests oral argument; and
5   PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid, Compass
6   Vision will request that the proposed form of Order submitted herewith be entered by the Court.

Dated: July 16, 2007                    GORDON & REES LLP

                                        By: /s/ Catherine A. Salah
                                        _____
                                        DION N. COMINOS
                                        CATHERINE A. SALAH
                                        Attorneys for Defendant
                                        COMPASS VISION, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111