1  DION N. COMINOS (SBN: 136522)
   dcominos@gordonrees.com
2  CATHERINE A. SALAH (SBN: 154524)
   csalah@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON | CASE NO. C 07-03431 BZ |
| Plaintiff, | **[PROPOSED] ORDER GRANTING COMPASS VISION, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |
| vs. | |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS | |
| Defendants. | **[Fed. R Civ. P. 12(b)(6)]** |
| | Date:    August 15, 2007<br>Time:   10:00 a.m.<br>Crtrm:  G<br>Judge:  Hon. Bernard Zimmerman |

This matter having come before the Court by application of the attorneys for Defendant Compass Vision, Inc. ("Compass Vision") for an Order dismissing the Complaint of Deborah Wilson, and the Court having reviewed the submissions of all counsel and for good cause shown,

IT IS HEREBY ORDERED that Compass Vision's Motion to Dismiss is granted and Plaintiff's Complaint is hereby dismissed in its entirety with prejudice;

IT IS FURTHER ORDERED that a copy of this Order shall be served on Plaintiff within ___ days of the date hereof.

IT IS SO ORDERED.

-1-

1  Dated: _____

3  _____
   Honorable Bernard Zimmerman
4  Judge of the District Court

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

[PROPOSED] ORDER
GRANTING COMPASS VISION, INC.'S MOTION TO DISMISS                    CASE NO. C 07-03431 BZ