1  DION N. COMINOS (SBN: 136522)
   dcominos@gordonrees.com
2  CATHERINE A. SALAH (SBN: 154524)
   csalah@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
   DEBORAH WILSON                              CASE NO. C 07-03431 BZ
11
                    Plaintiff,
12     vs.                                     **CERTIFICATE OF SERVICE**

13 COMPASS VISION, INC.; and NATIONAL
   MEDICAL SERVICES, INC., d/b/a NMS LABS
14
                    Defendants.          /
15

16      I am a resident of the State of California, over the age of eighteen years, and not a party
   to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite
17 2000, San Francisco, CA 94111. On the date below, I served the within documents:

18 **1.  NOTICE OF COMPASS VISION, INC.'S MOTION TO DISMISS FOR
       FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE
19     GRANTED [Fed.R.Civ.P. 12(b)(6)];**

20 **2.  MEMORANDUM OF POINTS AND AUTHORITIES (IN SUPPORT
       THEREOF); AND**
21
   **3.  [PROPOSED] ORDER**
22

23 ○  by transmitting via facsimile the document(s) listed above to the fax number(s) set
      forth below on this date before 5:00 p.m.
24
   ○  by personally delivering the document(s) listed above to the person(s) at the
25    address(es) set forth below.

26 ○  by placing the document(s) listed above in a sealed envelope with postage thereon
      fully prepaid, in United States mail in the State of California at San Francisco,
27    addressed as set forth below.

28

ý by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by **FedEx** as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

*Plaintiff Pro Per:*
Deborah Wilson
361 Garden Common
Livermore, CA 94551
Tel:  (925) 245-9338

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2007, at San Francisco, California.

/s/ Anne M. Papina
_____
Anne M. Papina

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-2-

CERTIFICATE OF SERVICE                                         CASE NO. C 07-03431 BZ