DION N. COMINOS (SBN: 136522)
dcominos@gordonrees.com
CATHERINE A. SALAH (SBN: 154524)
csalah@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON | CASE NO. C 07-03431 BZ |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | **[Civil L.R. 3-16]** |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS | |
| Defendants.      / | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| **PERSONS** | **CONNECTION** |
|---|---|
| Kim McKown | Owner, Defendant Compass Vision, Inc. |

Dated: July 16, 2007                    GORDON & REES LLP

                                         /s/ Catherine A. Salah
                                    By: _____
                                         DION N. COMINOS
                                         CATHERINE A. SALAH
                                         Attorneys for Defendant
                                         COMPASS VISION, INC.

*Deborah Wilson v. Compass Vision, Inc., et al.*
U.S. District Court, Northern District Case No. C 07-03431 BZ

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

○ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

○ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

○ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

ý by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by **FedEx** as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

*Plaintiff Pro Per:*
Deborah Wilson
361 Garden Common
Livermore, CA 94551
Tel: (925) 245-9338

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2007, at San Francisco, California.

/s/ Anne M. Papina
_____
Anne M. Papina

-2-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS    CASE NO. C 07-03431 BZ