1  DION N. COMINOS (SBN: 136522)
   dcominos@gordonrees.com
2  CATHERINE A. SALAH (SBN: 154524)
   csalah@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 DEBORAH WILSON                           CASE NO. C 07-03431 BZ

12            Plaintiff,                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

13     vs.

14 COMPASS VISION, INC.; and NATIONAL
   MEDICAL SERVICES, INC., d/b/a NMS LABS
15
              Defendants.            /
16

17     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

19 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

20 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

21 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

22 Circuit.

23 Dated: July 20, 2007                     GORDON & REES LLP

24
                                              /s/ Catherine A. Salah
25                                         By: _____
                                              DION N. COMINOS
26                                            CATHERINE A. SALAH
                                              Attorneys for Defendant
27                                            COMPASS VISION, INC.

28

-1-

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE                CASE NO. C 07-03431 BZ

*Deborah Wilson v. Compass Vision, Inc., et al.*
U.S. District Court, Northern District Case No. C 07-03431 BZ

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in **United States mail** in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by **FedEx** as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

*Plaintiff Pro Per:*
Deborah Wilson
361 Garden Common
Livermore, CA 94551
Tel: (925) 245-9338

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 20, 2007, at San Francisco, California.

/s/ Anne M. Papina
_____
Anne M. Papina