UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| Plaintiff(s), | ) | No. C07-3431 BZ |
| v. | ) | |
| COMPASS VISION INC., et al., | ) | **CLERK'S NOTICE RE-NOTICING DEFENDANT'S MOTION TO DISMISS** |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that Defendant's Motion To Dismiss presently calendared for August 15, 2007 is **re-noticed** to **Wednesday, September 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition shall be filed no later than **August 15, 2007.**  Any reply shall be filed no later than **August 22, 2007.**

Dated: July 23, 2007

_Rose Maher_
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\WILSON\RENOTICE.DEFS MOT.COMPEL.wpd

1