**PROOF OF SERVICE OF ELECTRONICALLY FILED DOCUMENT HAND MAILED and/or SENT BY FACSIMILE TRANSMISSION TO PARTIES NOT ELECTRONICALLY SERVED:**

DOCUMENT NO:  **11**

DOCUMENT SENT:  **CLERK'S NOTICE RE-NOTICING DEFENDANT'S MOTION TO DISMISS**

CASE NAME:  <u>**WILSON V. COMPASS VISION, INC., et al.**</u> **- C07-3431 BZ**

Deborah Wilson
361 Garden Common
Livermore, CA 94551

DATED:  July 23, 2007          Rose Maher, Deputy Clerk
                               U.S. District Court/Northern District of California

                               *Rose Maher*
                               _____