# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

July 24, 2007

To:   Deborah Wilson
      361 Garden Common
      Livermore, CA 94551

      Re: Deborah Wilson v. Compass Vision Inc, et al. - C07-3431 BZ

Dear Madam:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for <u>September 5, 2007 at 10:00 a.m.</u>  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and file the appropriate form within 10 calendar days.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court

                              /s/ Lashanda Scott
                              _____
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd