# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

August 10, 2007

To:  **Drew Martin Johnson**
Law Offices of Samuel Grader
2180 Harvard Street
Sutie 400
Sacramento, CA 95815


Re: Deborah Wilson v. Compass Vision, Inc., et al. - C07-3431 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **September 19, 2007 at 10:00 a.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.


Sincerely,

Richard W. Wieking, Clerk
United States District Court


By:   /s/ Lashanda Scott
       Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd