UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH WILSON,           )
                          )
    Plaintiff(s),        )   No. C07-3431 BZ
                          )
  v.                      )   **SCHEDULING ORDER**
                          )
COMPASS VISION INC., et al.,)
                          )
                          )
    Defendant(s).        )
_____)

    Having recently received a motion by defendant National Medical Services, Inc., to dismiss plaintiff's complaint, and having previously received a similar motion by defendant Compass Vision, Inc., good cause appearing, **IT IS HEREBY ORDERED** as follows:

    1.  The Clerk's Notice relating to Compass Vision's motion to dismiss and dated July 23, 2007 (Docket No. 11) is **VACATED.**

    2.  Plaintiff's oppositions to both motions to dismiss shall be filed by **Wednesday, August 29, 2007.**

    3.  Defendants' replies shall be filed by **Wednesday, September 5, 2007**.

    4. A hearing on both motions shall be held on **Wednesday, September 19, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

    5. Defendant National Medical Services, Inc. shall accept or decline magistrate jurisdiction in writing by **Friday, August 17, 2007**.

    Plaintiff is further notified as follows: Defendants have made motions to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. You must file an opposition to the motion and explain why the motions should not be granted. If the motions are granted, that may result in the dismissal of some or all of your case or may require you to amend your complaint. You are encouraged to consult the Federal Rules of Civil Procedure, the Civil Local Rules and the <u>Handbook for Litigants Without A Lawyer</u>. The Civil Local Rules and the <u>Handbook</u> are both available in the Clerk's office and at the Court's website at: http://www.cand.uscourts.gov/

Dated: August 10, 2007

                                      */s/ Bernard Zimmerman*
                                      Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\SCHED ORDER.wpd

2