1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                          NORTHERN DISTRICT OF CALIFORNIA
8
  Deborah Wilson
9                                                    No. C 07-3431 BZ

10              Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A**
                                                     **UNITED STATES MAGISTRATE JUDGE**
11        v.
  Compass Vision, Inc.
12

13              Defendant(s).
                                               /
14

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21   Dated: 09/04/2007                          _____
                                                Signature
22
                                                Counsel for  National Medical Services
23                                              (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 2180 Harvard Street, Suite 400, Sacramento, California 95815. On this date, I served the following documents:

**Consent to Proceed Before a United States Magistrate Judge**

__X__ to DEBORAH WILSON by placing a copy thereof enclosed in a sealed envelope on **September 4, 2007,** with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

__XX__ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| **Plaintiff ProPer** | **Attorney for Defendant Compass Vision, Inc.** |
|---|---|
| Deborah Wilson | Catherine A. Salah |
| 361 Garden Common | Gordon & Rees LLP |
| Livermore, CA 94551 | 275 Batter Street, Suite 2000 |
| Tx: 925-245-9338 | San Francisco, CA 94111 |
| | Tx: 415-986-5900  Fx: 415-986-8054 |
| | Email: csalah@gordonrees.com |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 4, 2007, at Sacramento, California.

                                      //Deborah J. Weidle
                                      Deborah J. Weidle