DREW M. JOHNSON, STATE BAR NO.: 40880
LAW OFFICES OF SAMUEL G. GRADER
2180 Harvard Street, Suite 400
Sacramento, CA 95815
Telephone: (916)567-6404
Direct Line: (916)567-6426
FAX: 866-903-4464

Attorney for Defendant
National Medical Services, Inc., D/B/A NMS Labs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendants.<br>_____ / | Case No. 3:07cv03431 BZ<br><br>**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS' REPLY TO NO OPPOSITION BRIEF OF DEBORAH WILSON** |

Defendant National Medical Services, Inc., d/b/a NMS did not receive a Brief in Opposition to its Motion to Dismiss. Therefore a reply is not necessary.

DATED: September 05, 2007

LAW OFFICES OF SAMUEL G. GRADER


/S/DREW JOHNSON_____
Drew Johnson
Attorneys for Defendant
National Medical Services, Inc., D/B/A NMS Labs

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 2180 Harvard Street, Suite 400, Sacramento, California 95815. On this date, I served the following documents:

**National Medical Services, Inc., d/b/a NMS Labs' Reply to No Opposition Brief of Deborah Wilson**

__X__  to DEBORAH WILSON by placing a copy thereof enclosed in a sealed envelope on **September 5, 2007,** with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

__XX__ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| | |
|---|---|
| **Plaintiff ProPer** | **Attorney for Defendant Compass Vision, Inc.** |
| Deborah Wilson | Catherine A. Salah |
| 361 Garden Common | Gordon & Rees LLP |
| Livermore, CA 94551 | 275 Batter Street, Suite 2000 |
| Tx: 925-245-9338 | San Francisco, CA 94111 |
| | Tx: 415-986-5900  Fx: 415-986-8054 |
| | Email: csalah@gordonrees.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2007, at Sacramento, California.

//Deborah J. Weidle
Deborah J. Weidle