UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COMPASS VISION INC., et al.,<br><br>    Defendant(s). | No. C07-3431 BZ<br><br>**ORDER REGARDING E-FILING** |

Pursuant to Civil Local Rule 5-4 and General Order No. 45, **IT IS ORDERED** that if plaintiff Deborah Wilson is willing and able to participate in the Court's Electronic Case Filing (ECF) Program, she will register as an e-filer by **September 14, 2007** and thereafter comply with all rules regarding e-filing.  If plaintiff determines that she is neither willing nor able to participate in the ECF Program, she will so inform the Court in writing by **September 14, 2007**.  To determine whether she is willing and able to participate in the Court's ECF Program, plaintiff is directed to consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete

1

1 | instructions for e-filing.

2 | Dated: September 6, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\EFILING ORDER.wpd

2