UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-3431 BZ |
| | ) | |
| v. | ) | **SECOND SCHEDULING ORDER** |
| | ) | |
| COMPASS VISION INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On August 10, 2007, I issued a scheduling order setting defendants' motions to dismiss for hearing on September 19, 2007 and setting relating briefing deadlines. It appears that my August 10 order was served only by electric posting, which may explain why no opposition was received. Therefore, **IT IS HEREBY ORDERED** as follows:

 1. My August 10, 2007 Scheduling Order (Docket No. 17) is **VACATED**.

 2. Plaintiff's oppositions to both motions to dismiss shall be filed by **Tuesday, September 18, 2007.**

 3. Defendants' replies shall be filed by **Monday, September 24, 2007.**

1

1       4. A hearing on both motions shall be held on **Wednesday, October 3, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

       Plaintiff is further notified as follows: Defendants have made motions to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. You must file an opposition to the motion and explain why the motions should not be granted. If the motions are granted, that may result in the dismissal of some or all of your case or may require you to amend your complaint. You are encouraged to consult the Federal Rules of Civil Procedure, the Civil Local Rules and the <u>Handbook for Litigants Without A Lawyer</u>. The Civil Local Rules and the <u>Handbook</u> are both available in the Clerk's office and at the Court's website at: http://www.cand.uscourts.gov/

Dated: September 6, 2007

                              _____
                              Bernard Zimmerman
                      United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\SCHED ORDER 2.wpd