UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>COMPASS VISION INC., et al.,<br><br>　　　　Defendant(s). | No. C07-3431 BZ<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE, AND FURTHER BRIEFING SCHEDULE** |

　　Having considered plaintiff's request for continuance of the October 3 hearing on defendants' motions to dismiss, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

　　1. The October 3 hearing is **VACATED**;

　　2. By **Wednesday, October 10, 2007**, plaintiff will do one of the following: a) dismiss this action without prejudice in favor of joining the class action pending in New Jersey; b) retain counsel who shall appear for her and suggest a new hearing and briefing schedule; or c) file an opposition to defendants' motions;

　　3. Should plaintiff choose to pursue this action by filing an opposition, defendants' reply papers will be filed

1

by **Wednesday, October 17, 2007**;

    4. A hearing on defendants' motions is scheduled for **Wednesday, October 31, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

Dated: September 18, 2007

                                          Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORDER GRANT CONTINUE.wpd

2