IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Deborah Wilson,**

       Plaintiff(s),

v.

**Compass Vision Inc., et al.,**

       Defendant(s),

No. C07-3431 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference currently set on **Monday, October 22, 2007** at **4:00 p.m.** is **VACATED**.

Dated: September 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
     Lashanda Scott
     Courtroom Deputy