SAMUEL G. GRADER, SBN 88677
CHRISTIAN GREEN, SBN 173502
LAW OFFICES OF SAMUEL G. GRADER
2180 Harvard Street, Suite 400
Sacramento, CA 95815
Telephone: (916)567-6404
Direct Line: (916)567-6426
FAX:        866-903-4464

Attorney for Defendant NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS'S NOTICE OF CHANGE OF HANDLING ATTORNEY** |

PLEASE TAKE NOTICE the that **CHRISTIAN GREEN,** California State Bar Number 173502 and SAMUEL G. GRADER, California State Bar 88677 are now the handling attorneys on behalf of Defendant, NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS, in the above-mentioned case at the Law Offices of Samuel G. Grader, 2180 Harvard Street, Suite 400, Sacramento, California 95815. Please forward any future documents to the attention of **CHRISTIAN GREEN AND SAMUEL GRADER** at the address above.

DATED: October 3, 2007

                                LAW OFFICES OF SAMUEL G. GRADER


                                By    /S/Christian Green
                                      Christian Green
                                      Attorneys for Defendant
                                      NATIONAL MEDICAL SERVICES, INC., D/B/A
                                      NMS LABS

DATED: October 3, 2007

        LAW OFFICES OF SAMUEL G. GRADER

        By  /S/Samuel G. Grader
          Samuel G. Grader
          Attorneys for Defendant
          NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 2180 Harvard Street, Suite 400, Sacramento, California 95815. On this date, I served the following documents:

**National Medical Services, Inc., d/b/a NMS Labs' Notice of Change of Attorneys**

__X__ to DEBORAH WILSON by placing a copy thereof enclosed in a sealed envelope on **October 3, 2007,** with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

__XX__ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

**Plaintiff ProPer**
Deborah Wilson
361 Garden Common
Livermore, CA 94551
Tx: 925-245-9338

**Attorney for Defendant Compass Vision, Inc.**
Catherine A. Salah
Gordon & Rees LLP
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tx: 415-986-5900  Fx: 415-986-8054
Email: csalah@gordonrees.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on October 3, 2007, at Sacramento, California.

//Deborah J. Weidle
Deborah J. Weidle