JOSHUA A. RIDLESS (SBN No. 195413)
PAUL A. MOORE III (SBN No. 241157)
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH WILSON, | Case No.: CO7-3431 BZ |
|---|---|
| Plaintiff, | |
| v. | |
| COMPASS VISION, INC., ET. AL., | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF AND REQUEST FOR NEW BRIEFING SCHEDULE.** |
| Defendant(s). | |

Comes now Joshua A. Ridless, Esq., counsel for Plaintiff, Deborah Wilson, and hereby substitutes in as counsel for Plaintiff, formerly in pro per.

Pursuant to the Court's order of September 18, 2007, we request that this Court set a new hearing and briefing schedule as set forth below:

Plaintiff's opposition brief to be filed by October 31, 2007; Defendants' reply brief to be filed by November 7, 2007; and the hearing on the Motion to Dismiss to occur on November 28, 2007 at 10:00 a.m. in Courtroom G before Magistrate Judge Zimmerman.

Respectfully Submitted,

1

2  DATED: October 8, 2007                    LAW OFFICES OF JOSHUA A. RIDLESS

3
                                             By: _____
4
                                             Joshua A. Ridless, *Attorneys for Plaintiff*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28