UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMPASS VISION, INC., ET. AL.,<br><br>　　　　　Defendant(s). | **Case No.: CO7-3431 BZ**<br><br>**[PROPOSED] ORDER GRANING NEW BRIEFING SCHEDULE.** |

Having considered plaintiff's counsel's request for a new briefing schedule, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

The new hearing and briefing schedule for Defendants' Motion to Dismiss shall be as follows:

Plaintiff's opposition brief to be filed by October 31, 2007; Defendants' reply brief to be filed by November 7, 2007; and the hearing on the Motion to Dismiss to occur on November 28, 2007 at 10:00 a.m. in Courtroom G.

October ___, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Magistrate Judge Zimmerman