UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, <br><br> Plaintiff, <br> v. <br><br> COMPASS VISION, INC., ET. AL., <br><br> Defendant(s). | Case No.: CO7-3431 BZ <br><br> **AMENDED** GRANTING <br> [PROPOSED] ORDER ~~GRANING~~ NEW BRIEFING SCHEDULE. |

Having considered plaintiff's counsel's request for a new briefing schedule, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

The new hearing and briefing schedule for Defendants' Motion to Dismiss shall be as follows:

Plaintiff's opposition brief to be filed by October 31, 2007; Defendants' reply brief to be filed by November 7, 2007; and the hearing on the Motion to Dismiss to occur on ~~November 28, 2007~~ **December 5, 2007** at 10:00 a.m. in Courtroom G.

~~December 11, 2007~~
~~October ___, 2007~~
Oct. 11, 2007

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

_____
Magistrate Judge Zimmerman

ORDER
*WILSON v COMPASS VISION, INC., ET AL*, CASE NO: C07-3431 (BZ)
- 1 -