JOSHUA A. RIDLESS (SBN No. 195413)
PAUL A. MOORE III (SBN No. 241157)
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS,<br><br>        Respondent. | Case No.:  3:07-cv-03431 BZ<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Complaint Filed**:   May 22, 2007<br><br>**Date:           December 5, 2007**<br>**Time:           10:00 a.m.**<br>**Courtroom:    G**<br>**Judge:          Hon. Bernard Zimmerman** |

Pursuant to Civil Local Rule 7-3(d), Plaintiff Deborah Wilson submits Plaintiff's Statement of Recent Decision in Support of Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.  Attached hereto are copies of the following:

    1.    Order Granting Motion to Dismiss in Part and Denying in Part in the matter of *Quisenberry v. Compass Vision, Inc., et al.*, Case No. 07CV1135 BEN (AJB), at 1 (attached as

- 1 -

Plaintiff's Statement of Recent Decision ISO
Plaintiff's Opp. to Defendants' Motion to Dismiss
*Wilson v. Compass Vision, et al.*, Case No. 3:07-cv-03431 BZ

exhibit 1) ("The Court DENIES Defendant's Motion to Dismiss Plaintiff's negligence claim and Plaintiff's request for punitive damages. Plaintiff's action will proceed solely on her negligence claim and her claim for damages.")

DATED: November 19, 2007         Respectfully Submitted,

By: _____
    Paul A. Moore III

Joshua A. Ridless
Paul A. Moore III
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

- 2 -

Plaintiff's Statement of Recent Decision ISO
Plaintiff's Opp. to Defendants' Motion to Dismiss
*Wilson v. Compass Vision, et al.*, Case No. 3:07-cv-03431 BZ