UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, ) | | |
| ) | | |
| Plaintiff(s), ) | No. C07-3431 BZ | |
| ) | | |
| v. ) | **CLERK'S NOTICE REGARDING** | |
| ) | **TENTATIVE RULING ON** | |
| COMPASS VISION INC., et al.,) | **DEFENDANTS' MOTION TO** | |
| ) | **DISMISS** | |
| Defendant(s). ) | | |
| ) | | |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on defendants' Motion To Dismiss. The **December 5, 2007** hearing remains on calendar.

Dated: November 30, 2007

　　　　　　　　　　　　　　　　　*Rose Maher*
　　　　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\WILSON\CLERKSTENTATIVERULING.NOT.wpd

1