JOSHUA A. RIDLESS (SBN No. 195413)
PAUL A. MOORE III (SBN No. 241157)
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS,<br><br>    Respondent. | Case No.: 3:07-cv-03431 BZ<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**Time:    10:00 am**<br>**Date:    December 5, 2007**<br>**Crtrm:   G – 15th Floor**<br>**Hon. Bernard Zimmerman** |

TO EACH PARTY AND TO COUNSEL OF RECORD FOR EACH PARTY:

YOU ARE HEREBY NOTIFIED THAT COUNSEL FOR Plaintiff Deborah Wilson seeks a continuance of the hearing on Defendants' motion to dismiss currently scheduled for Wednesday, December 5, 2007 until Wednesday, December 19, 2007 at 10:00 am. Counsel for Compass Vision, Inc. has agreed to the continuance and is willing to stipulate.

Administrative Motion Pursuant to Local Civil Rule 7-11
*Wilson v. Compass Vision, Inc. et al., Case No. C-07-03431 (BZ)*

1

1  The motion will be based on this notice of motion and administrative motion, the attached
2  declaration of Paul A. Moore III and proposed order.
3  Respectfully submitted,

Respectfully Submitted,

DATED: December 3, 2007

By: _____
    Paul A. Moore III

Joshua A. Ridless
Paul A. Moore III
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

DATED: December 3, 2007

Respectfully Submitted,

By: _____
    Catherine A. Salah

Dion M. Cominos (SBN: 136522)
Catherine A. Salah (SBN: 154524)
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900

*Attorneys for Defendant Compass Vision, Inc.*

Administrative Motion Pursuant to Local Civil Rule 7-11
*Wilson v. Compass Vision, Inc. et al., Case No. C-07-03431 (BZ)*

2