UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>               Plaintiff,<br><br>     v.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS,<br><br>               Respondent. | Case No.:  3:07-cv-03431 BZ<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS** |

This matter having come before the Court by administrative motion pursuant to Local Rule 7-11 the attorneys for Plaintiff Deborah Wilson and Defendant Compass Vision, Inc., and the Court having reviewed the submissions of all counsel and for good cause shown,

IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss scheduled for Wednesday, December 5, 2007 has been rescheduled until Wednesday, December 19, 2007 at 10:00 a.m.

SO ORDERED:

DATED:_____        _____

                                                                                                     HONORABLE BERNARD ZIMMERMAN<br>
                                                                                                      UNITED STATES MAGISTRATE JUDGE