Joshua A. Ridless (State Bar No.: 195413)
Paul A. Moore III (State Bar No.: 241157)
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Claimant, Web2Web Marketing, Inc., dba Acteva.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, | Case No.: 3:07-cv-03431 BZ |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, | |
| Respondent. | |

I am a person over the age of 18, not a party to this cause. I am a resident of the County of San Francisco, where this mailing took place.

My business address is 244 California Street, Suite 300, San Francisco, CA 94111.

I served a copy of the following documents:

1) **ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**

2) **DECLARATION OF PAUL A MOORE III IN SUPPORT OF ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS;**

- 1 -

1      **3)**     **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS; and this**

2      **4)**     **PROOF OF SERVICE.**

By sending via electronic mail. The documents were sent to the email addresses on record for counsel for the defendants as follows:

Dion N. Cominos
dcominos@gordonrees.com

Catherina A. Salah
csalah@gordonrees.com

Christian B. Green
Christian.Green@cna.com

Date Emailed: December 3, 2007
Place of Email: San Francisco, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 3, 2007                                     Paul A Moore