Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 200[7]
RICHARD W. WIEKI[NG]
CLERK, U.S. DISTRICT COUR[T]
NORTHERN DISTRICT OF CALIF[ORNIA]

Deborah Wilson

        Plaintiff(s),

v.

Compass Vision Inc. and National Medical Services, Inc. D/B/A NMS Labs

        Defendant(s).

CASE NO. 3:07-cv-3431 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Eliot H. Lewis, Esquire, an active member in good standing of the bar of the Supreme Court of Pennsylvania (particular court to which applicant is admitted) whose business address and telephone number is 700 Stephen Girard Building, 21 South 12th Street Philadelphia, PA 19107 (215) 569-8866

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 19 Dec 07

United States Magistrate Judge

BERNARD ZIMMERMAN, J.