**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **12/19/2007**

**C07-3431 BZ**

**Deborah Wilson v. Compass Vision Inc., et al.**

Attorneys:   **Elliot H. Lewis**     **Christian Green and Catherine A. Salah**

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**      Court Reporter: **Belle Ball; 10:19- 11:14**

**PROCEEDINGS:**                                           **RULING:**

1. **Defendant's Motions to Dismiss**                       **Matter Submitted**
2. _____     _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
       (  ) By Court       (  ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                      Trial Date-
                                           Type of Trial:

Notes:_____