JOSHUA A. RIDLESS (SBN No. 195413)
PAUL A. MOORE III (SBN No. 241157)
LAW OFFICES OF JOSHUA A. RIDLESS
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 614-2600
Facsimile: (415) 480-1398

*Attorneys for Plaintiff Deborah Wilson*

FILED
07 DEC 18 PM 2:20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH WILSON, | Case No.: 3:07-cv-03431 BZ |
|---|---|
| Plaintiff, | |
| | **DECLARATION OF JOSHUA A. RIDLESSS IN SUPPORT OF EXPEDITED APPLICATION FOR PRO HAC VICE FOR MR. ELIOT LEWIS** |
| v. | |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, | Time:<br>Date:<br>Crtrm:<br>Hon. Bernard Zimmerman |
| Respondent. | |

I, Joshua A. Ridless, declare as follows:

    1.    I am local counsel for Debra Wilson in the above entitled action.

    2.    On November 20, 2007, Mr. Norman Perlberger's, of the Philadelphia law firm of Pomerantz, Perlberger & Lewis LLP, application for admission pro hac vice was granted.

Declaration of Joshua A. Ridless
*Wilson v. Compass Vision, Inc. et al., Case No. C-07-03431 (BZ)*

1

3. Mr. Perlberger was to attend oral argument on December 19, 2007, in this matter, but has recently taken ill and was admitted to the hospital.

4. Mr. Eliot Lewis, Mr. Perlberger's partner, requests that his application for admission pro hac vice be granted on an expedited basis, allowing Mr. Lewis to argue the motion to dismiss on calendar for December 19, 2007, in this matter.

I declare under penalty of perjury that the foregoing is true and correct, if called to testify as a witness, I would state the same, and that this declaration was executed on this 18th day of December 2007, at San Francisco, California.

_____
Joshua A. Ridless
Attorney for Plaintiff,
Debra Wilson

Declaration of Joshua A. Ridless
*Wilson v. Compass Vision, Inc. et al., Case No. C-07-03431 (BZ)*

2