CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Direct Line: (916)567-6426
Telephone: 916-567-6420
FAX: 866-903-4464

Attorney for Defendant
NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS** |

PLEASE TAKE NOTICE that on January 14, 2008, the Law Offices of Samuel G. Grader changed its address to 1860 Howe Avenue, Suite 350, Sacramento, California 95825.

The telephone number is 916-567-6420 and the fax number is 866-903-4464

DATED: January 9, 2008

                                        LAW OFFICES OF SAMUEL G. GRADER

                                        By _____
                                               Christian Green
                                             Attorneys for Defendant

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**Notice of Change of Address and Telephone Numbers**

\_\_\_\_  by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

_XX_  by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

\_\_\_\_\_  by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| **Attorney for Plaintiff** | **Attorney for Defendant Compass Vision, Inc.** |
|---|---|
| Joshua A. Ridless | Catherine A. Salah |
| Paul A. Moore, III | Gordon & Rees LLP |
| Law Offices of Joshua A. Ridless | 275 Batter Street, Suite 2000 |
| 244 California Street, Suite 300 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | Tx: 415-986-5900  Fx: 415-986-8054 |
| Tel: 415-614-2600  Fx: 415-480-1398 | Email: csalah@gordonrees.com |

Norman Perlberger
Pomerantz Perlberger & Lewis
700 Stephen Girard Bldg
Philadelphia, PA 19107
Tel: 215-569-8866

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on January 17, 2008, at Sacramento, California.

                                            //Deborah J. Weidle_____
                                            Deborah J. Weidle