IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**ORDER TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:  1/28/2008<br>Time:  4:00 p.m.<br>Dept.:  G<br>**Judge Bernard Zimmerman** |

    HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

    IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Joint Case Management Conference on January 28, 2008, at 4:00 p.m. Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall dial into the conference at the following telephone number _____.

CASE NO.: 3:07cv03431 BZ

Order to Appear Telephonically at Joint Case Management Conference

1

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

 I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**National Medical Services, Inc., D/B/A NMS Lab's Request To Appear Telephonically at Joint Case Management Conference and Proposed Order**

\_\_\_\_ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

__XX__ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

\_\_\_\_ b y causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| Attorney for Plaintiff | Attorney for Defendant Compass Vision, Inc. |
|---|---|
| Joshua A. Ridless | Catherine A. Salah |
| Paul A. Moore, III | Gordon & Rees LLP |
| Law Offices of Joshua A. Ridless | 275 Batter Street, Suite 2000 |
| 244 California Street, Suite 300 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | Tx: 415-986-5900  Fx: 415-986-8054 |
| Tel: 415-614-2600  Fx: 415-480-1398 | Email: csalah@gordonrees.com |

Norman Perlberger
Pomerantz Perlberger & Lewis
700 Stephen Girard Bldg
Philadelphia, PA 19107
Tel: 215-569-8866

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 18, 2008, at Sacramento, California.

          //Deborah J. Weidle_____
          Deborah J. Weidle

-1-