NORMAN PERLBERGER
nperlberger@ppl-law.com
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Telephone: (215) 569-8866
Facsimile: (215) 568-6511

Attorney Pro Hac Vice For Plaintiff
DEBORAH WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS,<br>Defendants | Case No. C07 CV 3431 BZ<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:** **January 28, 2008**<br>**Time** **4:00 P.M.**<br>**Courtroom** **G**<br>**Judge** **Hon. Bernard Zimmerman** |

In accordance with Local Rule of Civil Procedure 16-10 (a), Norman Perlberger, Esquire, Philadelphia, Pennsylvania, pro hac vice lead counsel for plaintiff Deborah Wilson respectfully requests that he be allowed to appear telephonically (Phone Number 610-291-1596) at the Case Management Conference scheduled for January 28, 2008 at 4:00 p.m. Good cause exists as counsel would otherwise be required to travel across the United States and effective participation can be done by telephone.

Respectfully submitted,

Dated: January 21, 2008

By /s/
Norman Perlberger

Norman Perlberger, Esquire
Eliot H. Lewis, Esquire
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

Attorneys Pro Hac Vice for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEBORAH WILSON,**
**Plaintiff**

**vs.**

**COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS**

**CIVIL ACTION NO. C07-3431 BZ**

**CERTIFICATION OF SERVICE**

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiff's Request for Telephonic Appearance at Case Management Conference was made this date by ecf-filing and first-class mail to the following:

Catherine A. Salah, Esquire
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Christian Barrett Green, Esquire
Law Offices of Samuel G. Grader
1860 Harvard Street, Suite 350
Sacramento, CA 95825

/s/
NORMAN PERLBERGER, ESQUIRE

DATED: January 21, 2008