UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH WILSON,                    )
                                   )
        Plaintiff(s),              )     No. C07-3431 BZ
                                   )
        v.                         )
                                   )     **CLERK'S NOTICE REGARDING**
COMPASS VISION INC., et al.,)            **REQUESTS FOR TELEPHONIC**
                                   )     **APPEARANCE AT CASE**
                                   )     **MANAGEMENT CONFERENCE**
        Defendant(s).              )
_____)

    Plaintiff's request to appear at the case management

conference scheduled for **January 28, 2008 at 4:00 p.m.** is

**GRANTED.**  If counsel for defendants wish to appear

telephonically they should coordinate a conference call with

plaintiff's counsel and call the court at **415-522-4093.**

Dated: January 22, 2008

_____
        Rose Maher - Deputy Clerk to
        Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\WILSON\TELEPHONIC CONF REQST AT CMC.wpd

1