**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **01/28/2008**

**C07-3431 BZ**

**Deborah Wilson v. Compass Vision Inc., et al.**

Attorneys: Norman Perlberger    Christian Green and Catherine Sala

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**    Reporter: **Not Reported. Counsel requested that matter occur off the record.**

**PROCEEDINGS:**                                   **RULING:**

1. Telephonic Case Management Conference                Matter Held
2.

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Defendant's counsel will re-notice their Motion to Dismiss for 3/5/2008 at 10:00 a.m. Further Case Management Conference set for 3/5/2008 at 10:00 a.m. Counsel to make a decision re it's intent to seek MDL Transfer, Consolidation of Case for Discovery, Motion and Trial. Initial Disclosures due by 2/11/2008. All parties consent to magistrate judge jurisdiction in the related case, C07-5642 BZ. Mr. Green will file a Motion to Dismiss on 1/29/2008 in C07-5642 BZ (related case). Jury trial will be set in either March/April, 2009.

( XX) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
Type of Trial: ( )Jury    ( )Court
Notes: _____