UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-3431 BZ |
| | ) | |
| v. | ) | Related Case: C07-5642 BZ |
| | ) | |
| COMPASS VISION INC., et al., | ) | **ORDER SCHEDULING FURTHER** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a further Case Management Conference is set for **March 5, 2008** after the **10:00 a.m.** hearing on defendant Compass Vision's Motion to Dismiss in the related case, <u>Cleveland v. Compass Vision</u>, C07-5642 BZ.  At the conference, the parties will address consolidation and multi-district litigation issues.

The parties are further **ORDERED** to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by **February 11, 2008**.

Dated: January 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORDER SCHEDULING FURTHER CMC.wpd

1