UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, et al.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>COMPASS VISION, INC., et al.,<br><br>　　　　Defendant(s). | No. C07-5642 BZ<br><br>Related Case: C07-3431 BZ<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a Case Management Conference is set for **March 5, 2008** after the hearing on defendant Compass Vision's Motion to Dismiss. The parties shall file a joint case management statement by February 28, 2008.

Dated: February 1, 2008

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\ORD.SCHED.CMC.wpd

1