UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> COMPASS VISION, INC., et al., <br><br> Defendant(s). | No. C07-5642 BZ <br><br> Related Case: C07-3431 BZ <br><br> **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a Case Management Conference is set for **March 5, 2008** after the hearing on defendant Compass Vision's Motion to Dismiss. The parties shall file a joint case management statement by February 28, 2008.

Dated: February 1, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\ORD.SCHED.CMC.wpd

1