1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7

8  JOANNE ELIZABETH CLEVELAND, )
   et al.                      )
9                              )         No. C07-5642 BZ
              Plaintiff(s),    )
10                             )         Related Case: C07-3431 BZ
         v.                    )
11                             )         **CLERK'S NOTICE**
   COMPASS VISION, INC., et    )         **CONTINUING HEARINGS**
12 al.,                        )
                               )
13            Defendant(s).    )
                               )
14

15      The hearing on defendants' motions to dismiss plaintiff's
16 amended complaint are **continued** to **Wednesday, March 19, 2008**
17 **at 10:00 a.m.** to coincide with the hearing on plaintiff's
18 motion to strike.  The briefing schedule for the three motions
19 is modified as follows:
20      1.   All oppositions shall be filed no later than
21 **Wednesday, February 20, 2008**; and
22      2.   Any reply papers, if necessary, shall be filed no
23 later than **Wednesday, February 27, 2008**.
24 Dated: February 13, 2008
25                              _____
                                   Rose Maher - Deputy Clerk to
26                              Magistrate Judge Bernard Zimmerman
27
   G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\CLKS NOTICE CONTIN.HRGS.wpd
28

                                   1