CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone: 916-567-6420
Direct Line: 916-567-6426
FAX: 866-903-4464

Attorney for Defendant
National Medical Services, Inc., D/B/A NMS Labs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LAB'S REQUEST TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:   3/5/2008<br>Time:  10:00 a.m.<br>Dept.:  G<br>**Judge Bernard Zimmerman** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

National Medical Services, Inc., d/b/a NMS Labs' (NMS) Counsel respectfully requests the Court's permission to appear telephonically at the Joint Case Management Conference scheduled for March 5, 2008, at 10:00 a.m. Good cause for the requested telephonic appearance exists as NMS' counsel is in depositions in the Sacramento Superior Court case of *Miller v. Wal-Mart*, and said deposition parties have been subpoenaed to these depositions. There is no other attorney in NMS' Counsel's law firm that can attend these depositions.

NMS' counsel can effectively participate in the Further Joint Case Management Conference by telephone and no party will suffer prejudice or inconvenience as a result of such telephonic appearance.

1. DATED: February 25, 2008

    LAW OFFICES OF SAMUEL G. GRADER

    By  /S/ Christian Green
    Christian Green
    Attorneys for Defendant
    National Medical Services, Inc., D/B/A NMS Labs

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**National Medical Services, Inc., D/B/A NMS Lab's Request to Appear Telephonically at the Further Joint Case Management Conference**

____ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

_XX_ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

____ b y causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| Attorney for Plaintiff | Attorney for Defendant Compass Vision, Inc. |
|---|---|
| Joshua A. Ridless<br>Paul A. Moore, III<br>Law Offices of Joshua A. Ridless<br>244 California Street, Suite 300<br>San Francisco, CA 94111<br>Tel: 415-614-2600  Fx: 415-480-1398 | Catherine A. Salah<br>Gordon & Rees LLP<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Tx: 415-986-5900  Fx: 415-986-8054<br>Email: csalah@gordonrees.com |
| Norman Perlberger<br>Eliot H. Lewis<br>Pomerantz Perlberger & Lewis<br>700 Stephen Girard Bldg<br>Philadelphia, PA 19107<br>Tel: 215-569-8866 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 27, 2008**, at Sacramento, California.

//Deborah J. Weidle
Deborah J. Weidle

-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**ORDER TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:  3/5/2008<br>Time:  10:00 a.m.<br>Dept.:  G<br>**Judge Bernard Zimmerman** |

HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Joint Case Management Conference on March 5, 2008, at 10:00 a.m. Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall dial into the conference at the following telephone number _____.

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**National Medical Services, Inc., D/B/A NMS Lab's Request to Appear Telephonically at the Further Joint Case Management Conference and Proposed Order**

____ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

__XX__ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| Attorney for Plaintiff | Attorney for Defendant Compass Vision, Inc. |
|---|---|
| Joshua A. Ridless<br>Paul A. Moore, III<br>Law Offices of Joshua A. Ridless<br>244 California Street, Suite 300<br>San Francisco, CA 94111<br>Tel: 415-614-2600  Fx: 415-480-1398 | Catherine A. Salah<br>Gordon & Rees LLP<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Tx: 415-986-5900  Fx: 415-986-8054<br>Email: csalah@gordonrees.com |
| Norman Perlberger<br>Eliot H. Lewis<br>Pomerantz Perlberger & Lewis<br>700 Stephen Girard Bldg<br>Philadelphia, PA 19107<br>Tel: 215-569-8866 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 27, 2008**, at Sacramento, California.

//Deborah J. Weidle
Deborah J. Weidle

-1-