IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB<br><br>　　Defendants. | Case No. 3:07cv03431 BZ<br><br>**(PROPOSED) ORDER TO APPEAR TELEPHONICALLY AT THE FURHTER JOINT CASE MANAGEMENT CONFERENCE**<br><br>**Date:   3/5/2008**<br>**Time:   10:00 a.m.**<br>**Dept.:  G**<br>**Judge Bernard Zimmerman** |

　　HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

　　IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Further Joint Case Management Conference on March 5, 2008, at 10:00 a.m.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall dial into the conference at the following telephone number _____.

**DENIED AS MOOT**.

Dated: _____        _____

　　　　　　　　　　　　　　Judge of the District Court

*[Stamp: DENIED — Judge Bernard Zimmerman — United States District Court, Northern District of California]*

CASE NO.: 3:07cv03431 BZ
_____
Proposed - Order to Appear Telephonically at Joint Case Management Conference
1