IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON, | Case No. 3:07cv03431 BZ |
|     Plaintiff, | |
| | **(PROPOSED)** **ORDER TO APPEAR TELEPHONICALLY AT THE FURHTER JOINT CASE MANAGEMENT CONFERENCE** |
|     vs. | |
| COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB | |
| | |
|     Defendants. | **Date:   3/5/2008** |
| | **Time:  10:00 a.m.** |
| | **Dept.: G** |
| | **Judge Bernard Zimmerman** |

HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Further Joint Case Management Conference on March 5, 2008, at 10:00 a.m.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall dial into the conference at the following telephone number _____.

**DENIED AS MOOT**.

Dated: _____          _____

Judge of the District Court

DENIED

Judge Bernard Zimmerman