NORMAN PERLBERGER                                          Attorney Pro Hac Vice For Plaintiffs
nperlberger@ppl-law.com
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Telephone: (215) 569-8866
Facsimile: (215) 568-6511

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, ) | Case No. C07 CV 3431 BZ |
| Plaintiff, ) | |
| ) | Related Case No. C07 CV 5642 |
| ) | |
| vs. ) | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| ) | |
| COMPASS VISION, INC.; and ) | |
| NATIONAL MEDICAL SERVICES, ) | **Date:** March 24, 2008 |
| INC., d/b/a NMS LABS, ) | **Time** 4:00 P.M. |
| Defendants ) | **Courtroom** G |
| ) | **Judge** Hon. Bernard Zimmerman |

In accordance with Local Rule of Civil Procedure 16-10 (a), Norman Perlberger, Esquire, Philadelphia, Pennsylvania, pro hac vice lead counsel for plaintiffs Deborah Wilson, Joanne Cleveland et al respectfully requests that he be allowed to appear telephonically (Phone Number 610-291-1596) at the Case Management Conferences in both related cases, scheduled for March 24, 2008 at 4:00 p.m. Good cause exists as counsel would otherwise be required to travel across the United States and effective participation can be done by telephone.

                                                        Respectfully submitted,

Dated: March 7, 2008

                                      By    /s/
                                             Norman Perlberger