UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON,<br>    Plaintiff,<br><br>vs.<br><br><br>COMPASS VISION, INC.; and<br>NATIONAL MEDICAL SERVICES,<br>INC., d/b/a NMS LABS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C07 CV 3431 BZ<br>Related Case No. C07 CV 5642 BZ<br>      GRANTING<br>**ORDER PLAINTIFFS' REQUEST FOR<br>TELEPHONIC APPEARANCE AT CASE<br>MANAGEMENT CONFERENCE**<br><br><br>**Date:**     **March 24, 2008**<br>**Time**     **4:00 P.M.**<br>**Courtroom**   **G**<br>**Judge**     **Hon. Bernard Zimmerman** |

    This matter having come before the Court by request of lead attorney for plaintiff to appear by telephone at the Case Management Conferences in the related cases, scheduled March 24, 2008, 4:00 p.m. Pacific Time, and the Court having reviewed all submissions and for good cause shown,

    IT IS HEREBY ORDERED that the request is GRANTED

    IT IS FURTHER ORDERED that the Norman Perlberger, Esquire will appear telephonically at telephone number 215-569-8866. The call will be placed by the Court.

SO ORDERED:

DATED: March 7, 2008

                                           HONORABLE BERNARD ZIMMERMAN
**Counsel shall shall contact**                 UNITED STATES MAGISTRATE JUDGE
**CourtCall, telephonic court**               UNITED STATES DISTRICT COURT
**appearances at 1-888-882-6878,**
**and make arrangements for the telephonic conference call**.

                                                               Cases No. C07 CV 3431 BZ and C07 CV 5642 BZ
**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**