UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON,<br>　　　Plaintiff,<br><br>vs.<br><br><br>COMPASS VISION, INC.; and<br>NATIONAL MEDICAL SERVICES,<br>INC., d/b/a NMS LABS,<br>　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C07 CV 3431 BZ<br>Related Case No. C07 CV 5642 BZ<br>　　　GRANTING<br>**ORDER PLAINTIFFS' REQUEST FOR**<br>**TELEPHONIC APPEARANCE AT CASE**<br>**MANAGEMENT CONFERENCE**<br><br><br>**Date:**　　**March 24, 2008**<br>**Time**　　**4:00 P.M.**<br>**Courtroom**　**G**<br>**Judge**　　**Hon. Bernard Zimmerman** |

　　　This matter having come before the Court by request of lead attorney for plaintiff to appear by telephone at the Case Management Conferences in the related cases, scheduled March 24, 2008, 4:00 p.m. Pacific Time, and the Court having reviewed all submissions and for good cause shown,

　　　IT IS HEREBY ORDERED that the request is GRANTED

　　　IT IS FURTHER ORDERED that the Norman Perlberger, Esquire will appear telephonically at telephone number 215-569-8866. The call will be placed by the Court.

SO ORDERED:

DATED: March 7, 2008

**Counsel shall shall contact**
**CourtCall, telephonic court**
**appearances at 1-888-882-6878,**
**and make arrangements for the telephonic conference call**.

　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

[Court seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / GRANTED / Judge Bernard Zimmerman]

　　　　　　　　　　　　　　　　　　　　　Cases No. C07 CV 3431 BZ and C07 CV 5642 BZ
**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**