CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA  95825
Telephone:  916-567-6420
Direct Line:  916-567-6426
FAX: 866-903-4464

Attorney for Defendant
National Medical Services, Inc., D/B/A NMS Labs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br><br>    Defendants. | Case No. 3:07cv03431 BZ<br><br>**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LAB'S REQUEST TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE**<br><br>**Date:   3/24/2008**<br>**Time:   10:00 a.m.**<br>**Dept.:  G**<br>**Judge Bernard Zimmerman** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

National Medical Services, Inc., d/b/a NMS Labs' (NMS) Counsel respectfully requests the Court's permission to appear telephonically at the Joint Case Management Conference scheduled for March 24, 2008, at 10:00 a.m.  NMS' counsel can effectively participate in the Further Joint Case Management Conference by telephone and no party will suffer prejudice or inconvenience as a result of such telephonic appearance.

DATED: March 11, 2008

LAW OFFICES OF SAMUEL G. GRADER

By  /S/ Christian  Green
    Christian Green
    Attorneys for Defendant
    National  Medical  Services,  Inc.,  D/B/A  NMS  Labs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON,<br><br>     Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB<br><br>     Defendants. | Case No. 3:07cv03431 BZ<br><br>(PROPOSED) ORDER TO APPEAR TELEPHONICALLY AT THE FURTHER JOINT CASE MANAGEMENT CONFERENCE<br><br>**Date:   3/24/2008**<br>**Time:   10:00 a.m.**<br>**Dept.:  G**<br>**Judge Bernard Zimmerman** |

HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Further Joint Case Management Conference on March 24, 2008, at 10:00 a.m.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S ~~shall dial into the conference at the following telephone number _____~~.

Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: March 12, 2008                    _____

                                          Judge of the District Court



CASE NO.: 3:07cv03431 BZ
_____
Proposed - Order to Appear Telephonically at Joint Case Management Conference
1