IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Deborah Wilson,**

        Plaintiff(s),

v.

**Compass Vision, et al.,**

        Defendant(s),
_____/

No. **C07-3431 BZ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, March 24, 2008** at ***3:00 p.m.*** before Magistrate Judge Bernard Zimmerman. Counsel are to notify CourtCall re the change in time for this conference.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 18, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy