**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/24/2008**

**C07-5642 BZ**
**C07-3431 BZ**

**Joanne E. Cleveland, et al. V. Compass Vision, et al.**
**Deborah Wilson v. Compass Vision, et al.**

Attorneys: Pltf: Elliot Lewis
            Def: Christian Green and Catherine A. Salah

Time: 3:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**    Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                    **RULING:**

1. Telephonic Case Management Conference            Matter Held
2. _____           _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will consolidate the cases for the purpose of **discovery only**. Counsel agree to participate in court sponsored mediation. Mediation session to occur within 90-120 days. Initial Disclosures in the Cleveland case due by April 1, 2008. Further Status Conference set for September 15, 2008 at 3:00 p.m. Counsel will submit a stipulated discovery plan.

( XX ) ORDER TO BE PREPARED BY:    Pltnf ____    Deft ____    Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____