UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| Plaintiff(s), | ) | No. C07-3431 BZ |
| v. | ) | |
| COMPASS VISION, INC., et al., | ) | |
| Defendant(s). | ) | |
| JOANNE ELIZABETH CLEVELAND, et al. | ) | No. C07-5642 BZ |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER CONSOLIDATING CASES FOR DISCOVERY** |
| COMPASS VISION, INC., et al., | ) | |
| Defendant(s). | ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that <u>Wilson v. Compass Vision</u>, C07-3431 and <u>Cleveland v. Compass Vision</u>, C-07-5642 are **CONSOLIDATED** for the purpose of discovery only.

Dated: March 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\clevelandv.compassvision\order consolidating cases for discovery only purposes.wpd

1