| | |
|---|---|
| Norman Perlberger, Esquire<br>Eliot H. Lewis, Esquire<br>POMERANTZ PERLBERGER & LEWIS LLP<br>21 South 12th Street, 7th Floor<br>Philadelphia, PA 19107<br>(215) 569-8866<br>nperlberger@ppl-law.com<br>ehlewis@ppl-law.com | Attorneys Pro Hac Vice for Plaintiff |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : | CASE NO. CV 07 5642 BZ |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | STIPULATED REQUEST FOR |
| **Plaintiffs** | : | ORDER EXTENDING TIME FOR |
| | : | HEARING ON DEFENDANT NMS' |
| vs. | : | PETITION FOR 1292 (b) |
| | : | CERTIFICATION |
| **COMPASS VISION, INC. and** | : | |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| **Defendants** | : | Date:     April 16, 2008 |
| | : | Time:     10:00 a.m. |
| | : | Courtroom: G |
| | : | Judge:    Hon. Bernard Zimmerman |

## STIPULATION

It is herein requested by involved counsel that an Order be issued extending the time for the hearing on Defendant NMS' Petition for Section 1292 (b) Certification, to April 30, 2008 and that consequently the date for the of filing plaintiffs' response would be enlarged until April 9, 2008. The hearing is currently listed for April 16, 2008, as indicated in the above caption.

The reason for the request to extend the hearing and time for response is that due to a clerical error that inadvertently placed said Petition in the file prior to attorney review, the Petition,

which was filed on March 6, 2008, only became known to the undersigned attorney for plaintiffs shortly before the March 24, 2008 Case Management Conference, wherein counsel had indicated to this Court plaintiffs' intention to oppose the Petition. This was compounded by an error by undersigned attorney for plaintiffs mistaking the date for response as being April 2, 2008, rather than March 26, 2008.

While there was a previously requested time modification in this case, it was made moot by the Court's Order of February 29, 2008 denying the Motions to Dismiss and Strike. The only effect of the requested time modification on the case would be the two week delay of the currently scheduled hearing on the Petition.

Defendant Compass Vision did not join in Defendant NMS' Petition for Section 1292 (b) Certification and thus counsel for Compass Vision is not part of this stipulation.


Dated: March 31, 2008

For Plaintiffs                              For Defendant National Medical Services, Inc.


BY:  /s/                                    BY:  /s/
Eliot H. Lewis, Esquire                     Christian Green, Esquire


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   March 31, 2008

_____
Hon. Bernard Zimmerman
United States Magistrate Judge


STIPULATED REQUEST FOR ORDER EXTENDING TIME                    Case No. 07 CV 5642 BZ