UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, et al.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>COMPASS VISION INC., et al.,<br><br>    Defendant(s). | No. C07-5642 BZ<br><br>Related Case: C07-3431 BZ<br><br>**ORDER DENYING NMS LAB'S PETITION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SECTION 1292(B)** |

Having reviewed the papers submitted, I find no need for argument. **IT IS HEREBY ORDERED** that NMS Labs' petition for an interlocutory appeal pursuant to 28 U.S.C. section 1292(b) of my February 29, 2008 order denying its motion to dismiss is **DENIED** and the April 30, 2008 hearing is **VACATED**.

The matter is not appropriate for immediate appeal at this time. The issue of whether NMS Labs owed a duty to plaintiffs is not a "'pure question of law'" but instead depends on the application of facts not presented to the court in the motion to dismiss. Sierra Foothills Pub. Util. Dist. v. Clarendon Am. Ins. Co., 2006 WL 2085244, 3* (E.D. Cal.

1

2006) *quoting* <u>Ahrenholz v. Bd. of Trustees</u>, 219 F.3d 674, 675-77 (7th Cir. 2000).

    Nor could an interlocutory appeal result in any appreciable saving of resources, since NMS is not seeking an interlocutory appeal in the related case of <u>Wilson v. Compass Vision, et al.</u> C07-3431.

Dated: April 24, 2008

                                        Bernard Zimmerman
                           United States Magistrate Judge

G:/BZALL/-BZCASES/CLEVELAND V.COMPASSVISION\ORDER DENYING NMS LAB'S REQUEST FOR INTERLOCUTORY APPEAL.WPD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28