1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   JOANNE ELIZABETH CLEVELAND, )
     et al.,                     )
12                               )        No. C07-5642 BZ
                Plaintiff(s),    )
13                               )        Related Case: C07-3431 BZ
          v.                     )
14                               )        **ORDER DENYING NMS LAB'S**
     COMPASS VISION INC., et al.,)        **PETITION FOR CERTIFICATION**
15                               )        **PURSUANT TO 28 U.S.C.**
                                 )        **SECTION 1292(B)**
16              Defendant(s).    )
     _____)
17

18        Having reviewed the papers submitted, I find no need for

19   argument.  **IT IS HEREBY ORDERED** that NMS Labs' petition for an

20   interlocutory appeal pursuant to 28 U.S.C. section 1292(b) of

21   my February 29, 2008 order denying its motion to dismiss is

22   **DENIED** and the April 30, 2008 hearing is **VACATED.**

23        The matter is not appropriate for immediate appeal at

24   this time.  The issue of whether NMS Labs owed a duty to

25   plaintiffs is not a "'pure question of law'" but instead

26   depends on the application of facts not presented to the court

27   in the motion to dismiss.  <u>Sierra Foothills Pub. Util. Dist.</u>

28   <u>v. Clarendon Am. Ins. Co.</u>, 2006 WL 2085244, 3* (E.D. Cal.

                                    1

1    2006) *quoting* <u>Ahrenholz v. Bd. of Trustees</u>, 219 F.3d 674,

2    675-77 (7th Cir. 2000).

3         Nor could an interlocutory appeal result in any

4    appreciable saving of resources, since NMS is not seeking an

5    interlocutory appeal in the related case of <u>Wilson v. Compass</u>

6    <u>Vision, et al.</u> C07-3431.

7    Dated: April 24, 2008

8

9                              Bernard Zimmerman
                      United States Magistrate Judge
10

11

12

13

14

15
     G:/BZALL/-BZCASES/CLEVELAND V.COMPASSVISION\ORDER DENYING NMS LAB'S REQUEST FOR INTERLOCUTORY
16   APPEAL.WPD

17

18

19

20

21

22

23

24

25

26

27

28