1  DION N. COMINOS (SBN: 136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH (SBN: 154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054

6
   Attorneys for Defendant
7  COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON | CASE NO. C 07-03431 BZ |
| Plaintiff, | **DEFENDANT COMPASS VISION, INC.'S REQUEST TO PERMIT OUT-OF-STATE PRINCIPAL TO APPEAR TELEPHONICALLY AT MEDIATION SET FOR JULY 29, 2008** |
| vs. | |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS | |
| Defendants. / | Judge: Magistrate Judge Bernard Zimmerman<br>Courtroom: G, 5th Fl. |

Counsel for Defendant COMPASS VISION, INC. hereby requests on behalf of said Defendant for permission for its out-of-town principal to appear telephonically at the Mediation on July 29, 2008, at 10:00 a.m., before Robert S. Luft, Esq.

Defendant COMPASS VISION, INC. has its offices in Wilsonville, Oregon. Said Defendant has no authorized representatives outside of the State of Oregon. Additionally, COMPASS VISION, INC. currently has no participating insurance carrier. As such, it would present a significant hardship and expense to send an authorized representative to the mediation to appear in person. However, such an authorized person will be available telephonically. In addition, counsel for this Defendant will appear in person for the Mediation.

-1-

1  Accordingly, this Defendant respectfully requests that this Honorable Court allow a
2  telephonic appearance at the Mediation as set forth above.
3  Respectfully submitted,

Dated: July 18, 2008                    GORDON & REES LLP

                                         /s/ Catherine A. Salah
                                    By: _____
                                        DION N. COMINOS
                                        CATHERINE A. SALAH
                                        Attorneys for Defendant
                                        COMPASS VISION, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

DEFENDANT COMPASS VISION, INC.'S REQUEST TO PERMIT OUT-OF-STATE PRINCIPAL
TO APPEAR TELEPHONICALLY AT MEDIATION                           CASE NO. C 07-03431 BZ