# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wilson, | No. C 07-03431 BZ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Compass Vision, Inc., | |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __7/29/2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) __10/1/08 (Conference call being set)__
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: __7/29/08__

_____
Mediator, Robert S. Luft
JAMS
160 West Santa Clara St., Suite 1150
San Jose, CA 95113

**Certification of ADR Session**
07-03431 BZ MED