Norman Perlberger, Esquire
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Ph. (215) 569-8866
nperlberger@ppl-law.com

Steven S. Kane (Bar No. 061670)
THE KANE LAW FIRM
402 West Broadway, Ste. 400
San Diego, CA 92101
Ph. (619) 446-5680
skane@thekanelawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, <br><br> Plaintiffs <br><br> v. <br><br> COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS, <br><br> Defendants | CASE NO. 3:07cv03431 BZ <br><br> SUBSTITUTION OF ATTORNEY |

The Plaintiff, DEBORAH WILSON, hereby substitute Steven S. Kane of The Kane Law Firm who is retained counsel having his address at 402 W Broadway, Suite 400, San Diego CA 92101 and telephone number and State Bar Number as 619-446-5680 and 061670 respectively as attorney of record in place of Paul Andrew Moore, III, SBN 241157, Law Offices of Joshua A. Ridless, 244 California Street, Suite 300, San Francisco, CA 94111.

We consent to the above substitution:

/ / /

/ / /

/ / /

SUBSTITUTION OF ATTORNEY                        Case No. 3:07-CV-03431 BZ

1    I consent to the substitution.

2    DATED: July 28 ,2008                          /s/ Deborah Wilson

3                                                  Deborah Wilson

4

5    I consent to being substituted.

6
     DATED: July 10, 2008                          /s/ Paul A. Moore III
7                                                  Paul Andrew Moore, III, SBN 241157
                                                   (Former Attorney)
8

9    I consent to the above substitution.

10
     DATED: July 25, 2008                          /s/ Steven S. Kane
11                                                 Steven S. Kane
                                                   The Kane Law Firm
12                                                 (New Attorney)

13
     IT IS SO ORDERED.
14

15

16   _____                              _____
         Date                                      Roger T. Benitez
17                                                 Judge of the District Court

18

19

20

21

22

23

24

25

26

27

28

**SUBSTITUTION OF ATTORNEY**                       Case No. 3:07-CV-03431 BZ
                                    -2-

1

## PROOF OF SERVICE

2

3    I, the undersigned, hereby declare and state:

    I am over the age of eighteen years, employed in the city of San Diego,
4  California, and not a pary to the within action. My business address is 402 West
   Broadway, Suite 400, San Diego, California 92101.

5

    On August 11, 2008, I served the within document described as:

6

7    SUBSTITUTION OF ATTORNEY

8    via the method indicated: (All parties served via Electronic Mail and First Class Mail)

9
    Dion N. Cominos                          Samuel Gilbert Grader
10   Catherine Anne Salah                     Christian Barrett Green
     Gordon & Rees LLP                        Drew Martin Johnson
11   Embarcadero Center West                  Law Offices of Samuel G. Grader
     275 Battery Street, Suite 2000           2180 Harvard Street, Ste 400
12   San Francisco, CA 94111                  Sacramento, CA 95815
     dcominos@gordonrees.com                  samuel.grader@cna.com
13   csalah@gordonrees.com                    christian.green@cna.com
     Attorney for Compass Vision, Inc.        drew.johnson@cna.com
14                                            Attorneys for National Medical Services

15   Norman Perlberger                        Joshua Adam Ridless
     Pomerantz Perlberger & Lewis LLP         Law Offices of Joshua A. Ridless
16   21S 12th Street, Rm 700                  244 California Street, Suite 300
     Philadelphia, PA 19107                   San Francisco, CA 94111
17   perlberglaw@aol.com                      jr@ridlesslaw.com
     Attorney/co-counsel to Plaintiff         Attorney/co-counsel to Plaintiff

18

19    I declare under penalty of perjury under the laws of the State of California that
20  the foregoing is true and correct.

21    Executed on August 11, 2008, at San Diego, California.

22                            ___/s/ Carolyn A. Mills_____
                                 Carolyn A. Mills
23

24

25

26

27

28

**SUBSTITUTION OF ATTORNEY**                           Case No. 3:07-CV-03431 BZ