Norman Perlberger, Esquire
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Ph. (215) 569-8866
nperlberger@ppl-law.com

Steven S. Kane (Bar No. 061670)
THE KANE LAW FIRM
402 West Broadway, Ste. 400
San Diego, CA 92101
Ph. (619) 446-5680
skane@thekanelawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiffs<br>v.<br><br>COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS,<br><br>    Defendants | CASE NO. 3:07cv03431 BZ<br><br>SUBSTITUTION OF ATTORNEY |

The Plaintiff, DEBORAH WILSON, hereby substitute Steven S. Kane of The Kane Law Firm who is retained counsel having his address at 402 W Broadway, Suite 400, San Diego CA 92101 and telephone number and State Bar Number as 619-446-5680 and 061670 respectively as attorney of record in place of Paul Andrew Moore, III, SBN 241157, Law Offices of Joshua A. Ridless, 244 California Street, Suite 300, San Francisco, CA 94111.

We consent to the above substitution:

///

///

///

**SUBSTITUTION OF ATTORNEY**                    Case No. 3:07-CV-03431 BZ

1  I consent to the substitution.

2  DATED: July 28, 2008                    /s/ Deborah Wilson
                                           Deborah Wilson

5  I consent to being substituted.

7  DATED: July 10, 2008                    /s/ Paul A. Moore III
                                           Paul Andrew Moore, III, SBN 241157
                                           (Former Attorney)

9  I consent to the above substitution.

11 DATED: July 25, 2008                    /s/ Steven S. Kane
                                           Steven S. Kane
                                           The Kane Law Firm
12                                         (New Attorney)

13 IT IS SO ORDERED, on the assumption that Mr.
14 Kane is a member of the Bar of this district

16 11 Aug 08                               [signature]
   Date                                    Roger T. Benitez
                                           Judge of the District Court

                                           BZ

SUBSTITUTION OF ATTORNEY                   Case No. 3:07-CV-03431 BZ
                        -2-

## PROOF OF SERVICE

I, the undersigned, hereby declare and state:

I am over the age of eighteen years, employed in the city of San Diego, California, and not a pary to the within action. My business address is 402 West Broadway, Suite 400, San Diego, California 92101.

On August 11, 2008, I served the within document described as:

SUBSTITUTION OF ATTORNEY

via the method indicated: (All parties served via Electronic Mail and First Class Mail)

Dion N. Cominos
Catherine Anne Salah
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
dcominos@gordonrees.com
csalah@gordonrees.com
Attorney for Compass Vision, Inc.

Samuel Gilbert Grader
Christian Barrett Green
Drew Martin Johnson
Law Offices of Samuel G. Grader
2180 Harvard Street, Ste 400
Sacramento, CA 95815
samuel.grader@cna.com
christian.green@cna.com
drew.johnson@cna.com
Attorneys for National Medical Services

Norman Perlberger
Pomerantz Perlberger & Lewis LLP
21S 12th Street, Rm 700
Philadelphia, PA 19107
perlberglaw@aol.com
Attorney/co-counsel to Plaintiff

Joshua Adam Ridless
Law Offices of Joshua A. Ridless
244 California Street, Suite 300
San Francisco, CA 94111
jr@ridlesslaw.com
Attorney/co-counsel to Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2008, at San Diego, California.

/s/ Carolyn A. Mills
Carolyn A. Mills