UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE CLEVELAND, ET AL | ) | Case No. C07 CV 5642 BZ |
|      Plaintiffs, | ) | |
| | ) | |
|   vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| COMPASS VISION, INC.; and | ) | |
| NATIONAL MEDICAL SERVICES, | ) | |
| INC., d/b/a NMS LABS, | ) | |
|      Defendants | ) | |
| _____ | ) | |

AND RELATED CASE

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | Case No. C07 CV 3431 BZ |
|      Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER PLAINTIFFS' REQUEST FOR** |
|   vs. | ) | **TELEPHONIC APPEARANCE AT CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| | ) | |
| COMPASS VISION, INC.; and | ) | |
| NATIONAL MEDICAL SERVICES, | ) | **Date:  September 15, 2008** |
| INC., d/b/a NMS LABS, | ) | **Time:   3:00 P.M.** |
|      Defendants | ) | **Courtroom: G 15th Floor** |
| | ) | **Judge: Hon. Bernard Zimmerman** |
| | ) | |
| _____ | ) | |

This matter having come before the Court by request of lead attorney for plaintiff to appear by telephone at the Case Management Status Conference in the related cases, scheduled September 15, 2008, 3:00 p.m. Pacific Time, and the Court having reviewed all submissions and for good cause shown,

IT IS HEREBY ORDERED that the request is GRANTED

Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ

**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**

                                                    may
      IT IS FURTHER ORDERED that the Norman Perlberger, Esquire ~~will~~ appear telephonically
      Plaintiff shall initiate the call by dialing 415-522-4093.
~~at telephone number  215-569-8866. The call will be placed by the Court.~~


SO ORDERED:

DATED:   September 5, 2008                   _____
                                             HONORABLE BERNARD ZIMMERMAN
                                             UNITED STATES MAGISTRATE JUDGE
                                             UNITED STATES DISTRICT COURT

                                                    Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ

**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**