DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants.  / | CASE NO. CV 07-05642 BZ<br><br>**COMPASS VISION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT STATUS CONFERENCE**<br><br>Date: September 15, 2008<br>Time: 3:00 p.m.<br>Crtrm. G, 15th Fl.<br>Judge: Hon. Bernard Zimmerman |
| DEBORAH WILSON<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>Defendants.  / | CASE NO. C 07-03431 BZ |

In accordance with Local Rule of Civil Procedure 16-10 (a), Catherine A. Salah, Esq., lead counsel for Defendant COMPASS VISION, INC. respectfully requests that she be allowed to appear telephonically (Phone Number 415-986-5900) at the Case Management Status

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  Conference scheduled for September 15, 2008 at 3:00 p.m. Good cause exists because Plaintiffs'
2  counsel has already been granted permission to appear telephonically and effective participation
3  can be done by telephone.

4  Dated: September 8, 2008                    GORDON & REES LLP

                                               By:  /s/ Catherine A. Salah
                                                    ─────────────────────────
                                                    CATHERINE A. SALAH
                                                    Attorneys for Defendant
                                                    COMPASS VISION, INC.

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

COMPASS VISION, INC.'S REQUEST TO APPEAR TELEPHONICALLY                    CASE NO. CV 07-05642 BZ
                                                                          & CASE NO. C 07-03431 BZ