| | |
|---|---|
| 1 | DION N. COMINOS  (SBN: 136522) |
|   | *dcominos@gordonrees.com* |
| 2 | CATHERINE A. SALAH  (SBN: 154524) |
|   | *csalah@gordonrees.com* |
| 3 | GORDON & REES LLP |
|   | Embarcadero Center West |
| 4 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 986-5900 |
|   | Facsimile:  (415) 986-8054 |

Attorneys for Defendant
COMPASS VISION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE, | CASE NO. CV 07-05642 BZ |
| Plaintiffs, | **ORDER GRANTING COMPASS VISION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT STATUS CONFERENCE** |
| vs. | |
| COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY, | Date:  September 15, 2008<br>Time:  3:00 p.m.<br>Crtrm. G, 15th Fl.<br>Judge: Hon. Bernard Zimmerman |
| Defendants.              / | |
| DEBORAH WILSON | CASE NO. C 07-03431 BZ |
| Plaintiff, | |
| vs. | |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS | |
| Defendants.                                          / | |

This matter having come before the Court by request of lead attorney for Defendant Compass Vision, Inc. to appear by telephone at the Case Management Status Conference scheduled for September 15, 2008, 3:00 p.m., and the Court having reviewed all submissions and for good cause shown,

-1-

1    IT IS HEREBY ORDERED that the request is GRANTED.

2    IT IS FURTHER ORDERED that Catherine A. Salah, Esq. will appear telephonically ~~at~~

3    ~~telephone number 415-986-5900.~~ ~~The call will be placed by the Court.~~

4    SO ORDERED.

5    Dated:  September 9, 2008

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

-2-
ORDER GRANTING COMPASS VISION, INC.'S REQUEST TO APPEAR TELEPHONICALLY    CASE NO. CV 07-05642 BZ
& CASE NO. C 07-03431 BZ