1  DION N. COMINOS  (SBN:  136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH  (SBN:  154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
7  Attorneys for Defendant
   COMPASS VISION, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11  JOANNE ELIZABETH CLEVELAND, CYNTHIA       CASE NO. CV 07-05642 BZ
    DANIELS, LAURA FUJISAWA, CAROLINE
12  HOWE and TRACEY MOORE,                    **ORDER GRANTING COMPASS
                                              VISION, INC.'S REQUEST FOR
13                      Plaintiffs,           TELEPHONIC APPEARANCE AT
                                              CASE MANAGEMENT STATUS
14      vs.                                   CONFERENCE**

15  COMPASS VISION, INC.; NATIONAL MEDICAL    Date:   September 15, 2008
    SERVICES, INC., d/b/a NMS LABS, and DOES  Time:   3:00 p.m.
16  ONE THROUGH TWENTY,                       Crtrm. G, 15th Fl.
                                              Judge: Hon. Bernard Zimmerman
17                      Defendants.      /

18  DEBORAH WILSON                            CASE NO. C 07-03431 BZ

19                      Plaintiff,

20      vs.

21  COMPASS VISION, INC.; and NATIONAL
    MEDICAL SERVICES, INC., d/b/a NMS LABS
22
    Defendants.                         /
23

24          This matter having come before the Court by request of lead attorney for Defendant

25  Compass Vision, Inc. to appear by telephone at the Case Management Status Conference

26  scheduled for September 15, 2008, 3:00 p.m., and the Court having reviewed all submissions and

27  for good cause shown,

28
                                        -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

CMPVS/1046170/5936339v.1

1   IT IS HEREBY ORDERED that the request is GRANTED.

2   IT IS FURTHER ORDERED that Catherine A. Salah, Esq. will appear telephonically ~~at~~

3   ~~telephone number 415-986-5900. The call will be placed by the Court.~~

4   SO ORDERED.

5   Dated:   September 9, 2008                _____

6                                            HONORABLE BERNARD ZIMMERMAN
                                             UNITED STATES MAGISTRATE JUDGE
7                                            UNITED STATES DISTRICT COURT

8   Counsel shall contact CourtCall, telephonic court appearances at
    1-888-882-6878, and make arrangements for the telephonic
9   conference call.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-2-