**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **9/15/08**

Time: 3:00p.m.

**C - 07- 3431 BZ and Related Case C - 07-5642 BZ**

 **Deborah Wilson**  v. **Compass Vision Inc., et al.**

Attorneys:   Pltf. Norman Perlberger   Deft.Compass Vision: Catherine A. Salah
                                      Deft. NMS Labs: Christian B. Green

Deputy Clerk: **Simone Voltz**          Reporter:   FTR- 3:01  - 3:32 p.m.

**PROCEEDINGS:**                                **RULING:**

1.  Status Conference                                         Held
2.  _____   _____

( x ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_x__

(  ) Referred to Magistrate Judge For:

( x ) CASE CONTINUED TO 12/1/08 at 3:00p.m.    for  Further Status Conference

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____Trial Date_5/18/09 at 8:30a.m. Set for 14 days
                              Type of Trial:  ( X )Jury    ( )Court
Notes:  Court will issue scheduling order; Parties will appear by phone at the next Status conference on December 1, 2008 at 3:00p.m.(PST); Parties to initiate CourtCall setup/arrangements by calling 1- 888-882-6878