1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11   DEBORAH WILSON,              )
                                  )
12           Plaintiff(s),        )     No. C07-3431 BZ
                                  )
13       v.                       )
                                  )
14   COMPASS VISION, INC., et     )
     al.,                         )     **ORDER SETTING FURTHER STATUS**
15                                )     **CONFERENCE**
             Defendant(s).        )
16   ─────────────────────────────)
                                  )     No. C07-5642 BZ
17   JOANNE ELIZABETH CLEVELAND,  )
     et al.                       )
18                                )
             Plaintiff(s),        )
19                                )
         v.                       )
20                                )
     COMPASS VISION, INC., et     )
21   al.,                         )
                                  )
22           Defendant(s).        )
     ─────────────────────────────)

23

24        Following a Status Conference held on September 15, 2008

25   **IT IS HEREBY ORDERED** that: (1) the parties shall appear by

26   telephone for their next Status Conference on **December 1, 2008**

27   **3:00 p.m. (PST)**; (2) the parties shall contact **CourtCall**,

28   telephonic court appearances at **1-888-882-6878**, and make

                                   1

1   arrangements for the telephonic conference call; (3) prior to

2   the Status Conference, the parties shall try to agree on a

3   lead case to try; (4) the parties shall file a joint status

4   conference statement one week before the conference; and (5)

5   the trial will begin on **Monday, May 18, 2009 at 8:30 a.m.** in

6   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

7   Avenue, San Francisco, California 94102.

8   Dated: September 16, 2008

9                              Bernard Zimmerman

10                          United States Magistrate Judge

26  g:\bzall\-bzcases\cleveland v. compass vision\order setting further status
    conference