IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FIJISAWA, CAROLINE HOWE, AND TRACY MOORE<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br>    Defendants. | **Case No. 3:07cv05642 BZ**<br><br>~~(PROPOSED)~~ **ORDER TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE**<br><br>**Date:   December 1, 2008**<br>**Time:  3:00 p.m.**<br>**Dept.:  G  15th Floor**<br>**Judge:  Hon. Bernard Zimmerman** |
| AND RELATED CASE | |
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br>    Defendants. | **Case No.: 3:07cv0431 BZ** |

    HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at the Status Conference and good cause appearing.

    IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Status Conference on December 1, 2008, at 3:00 p.m. Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall schedule the conference through CourtCall, LLC.

Dated: November 5, 2008

                                                                                Judge of the District Court
                                                                         Bernard Zimmerman, U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

Matter:  Wilson v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-03431 BZ

　　　I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause.  I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825.  On this date, I served the following documents:

**Proposed Order to Appear Telephonically at Status Conference**

__XX__ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.  I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business.  Said correspondence was addressed as set forth below.
_XX_ by having a true copy of the documents listed above transmitted via email to the names, and addresses.
_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| **Attorney for Plaintiff**<br>Steven S. Kane<br>The Kane Law Firm<br>402 West Broadway, Suite 400<br>San Diego, CA 92101<br>Tel: 619-446-5680  Fax:<br>skane@thekanelawfirm.com | **Attorney for Defendant Compass Vision, Inc.**<br>Catherine A. Salah<br>Gordon & Rees LLP<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Tx: 415-986-5900  Fx: 415-986-8054<br>Email: csalah@gordonrees.com |
|---|---|
| Norman Perlberger<br>Eliot H. Lewis<br>Pomerantz Perlberger & Lewis<br>700 Stephen Girard Bldg<br>Philadelphia, PA 19107<br>Tel: 215-569-8866<br>Perlberglaw@aol.com<br>**ehlewis@ppl-law.com** | |

　　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on November 5, 2008, at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　//Deborah J. Weidle
　　　　　　　　　　　　　　　　　　　　Deborah J. Weidle