| | |
|---|---|
| Eliot H. Lewis, Esquire | Christian B. Green, Esquire |
| POMERANTZ PERLBERGER & LEWIS LLP | LAW OFFICES OF SAMUEL G. GRADER |
| 21 South 12th Street, 7th Floor | 1860 Howe Avenue, Suite 350 |
| Philadelphia, PA 19107 | Sacramento, CA 92101-3554 |
| (215)  569-8866 | (916)  567- 6420 |
| ehlewis@ppl-law.com | Christian.Green@cna.com |
| Attorney Pro Hac Vice for Plaintiffs | Attorney for Defendant National Medical Services, Inc |

Catherine A. Salah, Esquire
GORDON & REES LLP
275 Batter Street, Suite 2000
San Francisco, CA 94111
(415) – 986-5900
csalah@gordonrees.com
Attorney for Defendant Compass Vision, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DEBORAH WILSON,** | : | **CASE NO. C07-3431 BZ** |
| | : | |
| **vs.** | : | |
| | : | |
| **COMPASS VISION, INC. and** | : | |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **D/B/A NMS LABS** | : | |
| | : | |
| **JOANNE ELIZABETH CLEVELAND,** | : | **CASE NO. CV 07 5642 BZ** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | **JOINT STIPULATION TO CONTINUE** |
| | : | **TELEPHONE STATUS CONFERENCE** |
| | : | |
| **vs.** | : | |
| | : | |
| | : | |
| **COMPASS VISION, INC. and** | : | |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| | : | Date:       December 1, 2008 |
| | : | Time:        3:00 p.m. |
| | : | Courtroom:  G |
| | : | Judge:       Hon. Bernard Zimmerman |

**JOINT STIPULATION TO CONTINUE**            Cases No. 07 CV 5642 BZ and 07 CV 3431 BZ

**JOINT STIPULATION**

It is herein requested by all counsel that the telephonic status conference for the above captioned cases be continued until Monday, February 2, 2009 at 3:00 p.m. The stated reason for the status conference was to determine a test case for trial. Although all parties have been diligent in attempting to complete discovery, the depositions of the plaintiffs have not been taken.

The parties do not want to unduly take up Your Honor's time, as until the depositions of the plaintiffs have been taken, there can be no meaningful discussion on which plaintiff's case should be the test case for trial.

Dated: November 25, 2008

| For Plaintiffs | For Defendant National Medical Services, Inc. |
|---|---|
| BY: _/s/ Eliot H. Lewis_ <br> Eliot H. Lewis, Esquire | BY: _/s/ Christian Green_ <br> Christian Green, Esquire |

For Defendant Compass Vision, Inc.

BY: _/s/ Catherine Salah_
Catherine Salah, Esquire

T

PURSUANT TO STIPULATION, IT IS SO ORDERED
The trial and pretrial dates remain as scheduled.

Dated: 11/25/08

_____
Hon. Bernard Zimmerman
United States Magistrate Judge



**JOINT STIPULATION TO CONTINUE**  Cases No. 07 CV 5642 BZ and 07 CV 3431 BZ