UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON,<br>        Plaintiff(s),<br>  v.<br>COMPASS VISION, INC., et al.,<br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | No. C07-3431 BZ |
| JOANNE ELIZABETH CLEVELAND, et al.<br>        Plaintiff(s),<br>  v.<br>COMPASS VISION, INC., et al.,<br>       Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | No. C07-5642 BZ<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a status conference to consider the proposed stipulation continuing the trial and pretrial dates is scheduled for **Monday, January 12, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any party wishing to participate by telephone shall contact **CourtCall**, telephonic

///

///

1

1 | court appearances at **1-888-882-6878**, and make arrangements for
2 | the telephonic conference call.
3 | Dated: December 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\cleveland v. compass vision\order scheduling status conf.12.22.08.wpd

2