UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, ) | | |
| ) | | |
| Plaintiff(s), ) | No. C07-3431 BZ | |
| ) | | |
| v. ) | Related Case: C07-5642 BZ | |
| ) | | |
| COMPASS VISION INC., et al.,) | **ORDER SCHEDULING FURTHER** | |
| ) | **STATUS CONFERENCE** | |
| ) | | |
| Defendant(s). ) | | |
| ) | | |

Following a status conference on March 2, 2009, **IT IS HEREBY ORDERED** as follows:

1.  A further status conference is scheduled for **Monday, March 30, 2009 at 4:00 p.m.**  Any counsel wishing to appear by phone shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

Dated: March 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\SECOND ORDER SETTING FURTHER STATUS CONFERENCE.wpd

1