Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT -- NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON | CASE NO. C 07-03431 BZ |
| Plaintiff, | CASE NO. C 07-05642 BZ |
| vs. | **ORDER GRANTING COMPASS VISION, INC.'S MOTION TO PERMIT OUT-OF-TOWN PARTIES TO APPEAR TELEPHONICALLY AT MANDATORY SETTLEMENT CONFERENCE** |
| COMPASS VISION, INC.; *et al.* | |
| Defendants. | |
| JOANNE ELIZABETH CLEVELAND, *et al.* | Date: March 10, 2009 |
| Plaintiffs, | Time: 10:00 a.m. |
| | Crtrm. B, 15th Fl. |
| Vs. | Judge: Hon. Maria-Elena James |
| COMPASS VISION, INC. *et al.* | |
| Defendants. / | |

Pursuant to the Motion of Defendant COMPASS VISION, INC. in the above-entitled action and for good cause shown, Defendant COMPASS VISION, INC.'s representative shall be permitted to appear telephonically for the Mandatory Settlement Conference on March 10, 2009.

IT IS SO ORDERED.

Dated: March 9, 2009

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

CMPVS/1046170/5936316v.2

ORDER GRANTING COMPASS VISION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE   CASE NO. C 07-03431 BZ
& C 07-05642 BZ