UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, ) ) Plaintiff(s), ) ) v. ) ) COMPASS VISION INC., et al.,) ) Defendant(s). ) ) | No. C07-3431 BZ<br><br>Related Case: C07-5642 BZ<br><br>**SCHEDULING ORDER** |

Following a status conference held on March 30, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** that absent a stipulation filed by the parties, the lead plaintiff's case to be tried on November 9, 2009 shall be the case filed by Deborah Wilson.  If the parties stipulate to a different lead plaintiff's case, they must file a stipulation by no later than **August 17, 2009.**

Dated: March 31, 2009

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\LEAD CASE ORDER.wpd

1