DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,

Plaintiffs,

vs.

COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,

Defendants.

CASE NO. **3:07-cv-05642-BZ**

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: MOTION TO STAY HEARING**

WHEREAS Compass Vision, Inc. ("Compass") filed a Motion to Stay Action on March 27, 2009.

WHEREAS the hearing for Motion to Stay the Action is currently scheduled for hearing on June 3, 2009.

WHEREAS time is of the essence in obtaining a ruling on Compass's Motion for Stay.

THEREFORE, the parties stipulate and agree to the following:

shorten the hearing date for the Motion to Stay;

waive oral argument;

any oppositions to or joinders in the Motion to Stay will be filed on or before April 14, 2009;

any replies to oppositions will be filed on or before April 21, 2009.

Dated: ____________, 2009

GORDON & REES LLP

By: ______________________
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

Dated: Apr. 7, 2009

THE KANE LAW FIRM

By: ______________________
STEVEN S. KANE
Attorneys for Plaintiffs

Dated: ____________, 2009

POMERANTZ PERLBERGER & LEWIS LLP

By: ______________________
NORMAN PERLBERGER
Attorneys for Plaintiffs

Dated: ____________, 2009

LAW OFFICES OF SAMUEL G. GRADER

By: ______________________
CHRISTIAN GREEN
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Dated: ____________, 2009

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

By: ______________________
DAVID F. BEACH
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

any replies to oppositions will be filed on or before April 21, 2009.

Dated: ________________, 2009

GORDON & REES LLP

By: ____________________
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

Dated: ________________, 2009

THE KANE LAW FIRM

By: ____________________
STEVEN S. KANE
Attorneys for Plaintiffs

Dated: ________________, 2009

POMERANTZ PERLBERGER & LEWIS LLP

By: ____________________
NORMAN PERLBERGER
Attorneys for Plaintiffs

Dated: ________________, 2009

LAW OFFICES OF SAMUEL G. GRADER

By: ____________________
CHRISTIAN GREEN
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Dated: ________________, 2009

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

By: ____________________
DAVID F. BEACH
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

any replies to oppositions will be filed on or before April 21, 2009.

Dated: ______________, 2009

GORDON & REES LLP

By: ______________________
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

Dated: ______________, 2009

THE KANE LAW FIRM

By: ______________________
STEVEN S. KANE
Attorneys for Plaintiffs

Dated: ______________, 2009

POMERANTZ PERLBERGER & LEWIS LLP

By: ______________________
NORMAN PERLBERGER
Attorneys for Plaintiffs

Dated: April 3, 2009

LAW OFFICES OF SAMUEL G. GRADER

By: ______________________
CHRISTIAN GREEN
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Dated: ______________, 2009

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

By: ______________________
DAVID F. BEACH
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

any replies to oppositions will be filed on or before April 21, 2009.

Dated: ____________________, 2009

GORDON & REES LLP

By: ______________________________
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

Dated: ____________________, 2009

THE KANE LAW FIRM

By: ______________________________
STEVEN S. KANE
Attorneys for Plaintiffs

Dated: ____________________, 2009

POMERANTZ PERLBERGER & LEWIS LLP

By: ______________________________
NORMAN PERLBERGER
Attorneys for Plaintiffs

Dated: ____________________, 2009

LAW OFFICES OF SAMUEL G. GRADER

By: ______________________________
CHRISTIAN GREEN
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Dated: 4/1, 2009

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

By: [signature]
DAVID F. BEACH
Attorneys for Defendant
NATIONAL MEDICAL SERVICES INC. dba NMS LABS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Compass's Motion to Stay the Action shall be submitted on the papers. Any oppositions or joinders must be filed on or before April 14, 2009. Any replies must be filed on or before April 21, 2009.

SO ORDERED.

Dated: April 13, 2009

Honorable Bernard Zimmerman
Judge of the District Court

