UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | No. C07-3431 BZ |
| | ) | |
| Plaintiff(s), | ) | Related Cases: C07-5642 BZ |
| | ) | C08-4118 BZ |
| v. | ) | |
| | ) | **ORDER GRANTING STAY, IN PART, AND SCHEDULING STATUS CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO STAY** |
| COMPASS VISION INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

Before the Court are motions to stay filed in these related cases by defendant Compass Vision, Inc. Having considered all the papers, **IT IS ORDERED** as follows:

1. All actions except <u>Wilson v. Compass Vision</u>, C07-3431, are **STAYED**, pending further order of the court.

2. A status conference in <u>Wilson</u> is set for **June 1, 2009 at 4:00 p.m.** The Court expects that by that date Maximus, Inc. will have been served and will participate in the conference. Defendant's motion to stay <u>Wilson</u> will be heard at the conference. Any party wishing to appear by telephone shall contact **CourtCall**, telephonic court appearances at

///

1

1 | **1-888-882-6878**, and make arrangements for the telephonic
2 | conference call.
3 | Dated: April 22, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORDER SCHEDULING STATUS CONF ON MOT TO STAY.wpd