UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEZLI LYNNE BYRUM, LORI ANN HALES, RACHEL JACOBSON, ELIZABETH J. McINTOSH, AND JULIE STRETZ,<br><br>      Plaintiff(s),<br><br>    v.<br><br>COMPASS VISION, INC., and NATIONAL MEDICAL SERVICES, INC. dba NMS LABS,<br><br>      Defendant(s). | No. C09-2016 BZ<br><br>**ORDER RELATING CASE** |

**IT IS ORDERED** that plaintiffs' unopposed motion to relate this matter to <u>Wilson v. Compass Vision</u>, Inc., C07-3431 and other related cases is **GRANTED**. **IT IS FURTHER ORDERED** that a case management conference in this case is scheduled for **Monday, August 17, 2009 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The case management conference previously scheduled before Judge Larson for **August 19, 2009**

///

///

1

is **VACATED**.  All other dates in Judge Larson's scheduling order remain in effect.

Dated: June 29, 2009

  _____
  Bernard Zimmerman
  United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\Related Cases\BYRUM V. COMPASS VISION\ORDER RELATING CASE.wpd

2