UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, ) ) Plaintiff(s), ) ) v. ) ) COMPASS VISION INC., et al.,) ) Defendant(s). ) ) | No. C07-3431 BZ Related Cases: C07-5642 BZ C08-4118 BZ **BRIEFING ORDER** |

**IT IS HEREBY ORDERED** that Maximus, Inc.'s motion to dismiss, is rescheduled for **September 23, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition shall be filed by **July 29, 2009**.  Maximus Inc.'s reply shall be filed by **August 12, 2009.**

Dated: July 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\BRIEFING SCHEDULE.MAXIMUS MOTION.wpd

1