```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  DEBORAH WILSON,            )
                               )
12          Plaintiff(s),      )   No. C07-3431 BZ
                               )
13      v.                     )   Related Cases: C07-5642 BZ
                               )                  C08-4118 BZ
14  COMPASS VISION INC., et al.,)
                               )   BRIEFING ORDER
15                             )
            Defendant(s).      )
16  ───────────────────────────)
```

17    **IT IS HEREBY ORDERED** that Maximus, Inc.'s motion to
18 dismiss, is rescheduled for **September 23, 2009 at 10:00 a.m.**
19 in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
20 Avenue, San Francisco, California 94102.  Any opposition shall
21 be filed by **July 29, 2009.**  Maximus Inc.'s reply shall be
22 filed by **August 12, 2009.**

23 Dated: July 20, 2009

                                  _____
24                                      Bernard Zimmerman
25                               United States Magistrate Judge

26
    G:\BZALL\-BZCASES\WILSON\BRIEFING SCHEDULE.MAXIMUS MOTION.wpd
27
28

                                  1