UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON, ) | |
| ) | |
| Plaintiff(s), ) | No. C07-3431 BZ |
| ) | |
| v. ) | Related Cases: C07-5642 BZ |
| ) | C08-4118 BZ |
| COMPASS VISION INC., et al.,) | C09-2016 BZ |
| ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |
| ) | |
| COMPASS VISION, INC., ) | |
| ) | **ORDER GRANTING MOTION FOR** |
| Cross-Complainant,) | **MORE DEFINITE STATEMENT** |
| ) | |
| v. ) | |
| ) | |
| MAXIMUS, INC., ) | |
| ) | |
| Cross-Defendant. ) | |
| _____) | |

Before the Court is cross-defendant Maximus, Inc.'s motion to dismiss Compass Vision, Inc.'s cross-complaint, or in the alternative, for a more definite statement. The cross-complaint pleads four related claims, all to the effect that Maximus has failed to defend or to agree to indemnify Compass Vision from plaintiff's complaint. The duty to indemnify

1

1  arises, the cross-complaint alleges, by reason of the

2  negligence or willful misconduct of Maximus, its employees or

3  agents.  However, as Maximus correctly points out, the cross-

4  complaint pleads no facts from which a court could conclude

5  that Maximus acted negligently or committed willful

6  misconduct.  As the Supreme Court recently explained in

7  Ashcroft v. Iqbal ___ U.S. ____, 129 Sup. Ct. 1937, (2009),

8  conclusory recitations of the legal elements of a claim

9  without factual support are no longer adequate to state a

10  claim.  None of the cases Compass Vision cites were decided

11  after Iqbal, which has generally been interpreted as having

12  tightened federal pleading standards.  Moss v. U.S. Secret

13  Service, __ F.3d __, 2009 WL 2052985 at *5-6 (9th  Cir.)

14      Under the circumstances, the Court finds no need for

15  further briefing or argument and vacates the hearing presently

16  set for September 23, 2009.  **IT IS HEREBY ORDERED** that the

17  motion of Maximus for a more definite statement is **GRANTED** and

18  that the motion to dismiss is **DENIED** without prejudice to

19  being renewed after the amended cross-complaint if filed.  See

20  Moss, supra, at *1.  Compass Vision shall file an amended

21  cross-complaint by **August 26, 2009.**

22  Dated:  August 5, 2009

23  _____

    Bernard Zimmerman
24  United States Magistrate Judge

25
    G:\BZALL\-BZCASES\WILSON\ORD GRANTING MORE DEF STMT.MAXIMUS.wpd
26

27

28