UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>  Plaintiff(s),<br><br>  v.<br><br>COMPASS VISION INC., et al.,<br><br>  Defendant(s). | No. C07-3431 BZ<br><br>Related Cases: C07-5642 BZ<br>  C08-4118 BZ<br>  C09-2016 BZ |
| COMPASS VISION, INC.,<br><br>  Cross-Complainant,<br><br>v.<br><br>MAXIMUS, INC.,<br><br>  Cross-Defendant. | **ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT** |

Before the Court is cross-defendant Maximus, Inc.'s motion to dismiss Compass Vision, Inc.'s cross-complaint, or in the alternative, for a more definite statement. The cross-complaint pleads four related claims, all to the effect that Maximus has failed to defend or to agree to indemnify Compass Vision from plaintiff's complaint. The duty to indemnify

1

arises, the cross-complaint alleges, by reason of the negligence or willful misconduct of Maximus, its employees or agents.  However, as Maximus correctly points out, the cross-complaint pleads no facts from which a court could conclude that Maximus acted negligently or committed willful misconduct.  As the Supreme Court recently explained in <u>Ashcroft v. Iqbal</u> ___ U.S. ____, 129 Sup. Ct. 1937, (2009), conclusory recitations of the legal elements of a claim without factual support are no longer adequate to state a claim.  None of the cases Compass Vision cites were decided after <u>Iqbal</u>, which has generally been interpreted as having tightened federal pleading standards.  <u>Moss v. U.S. Secret Service</u>, __ F.3d __, 2009 WL 2052985 at *5-6 (9th  Cir.)

    Under the circumstances, the Court finds no need for further briefing or argument and vacates the hearing presently set for September 23, 2009.  **IT IS HEREBY ORDERED** that the motion of Maximus for a more definite statement is **GRANTED** and that the motion to dismiss is **DENIED** without prejudice to being renewed after the amended cross-complaint if filed.  See <u>Moss</u>, supra, at *1.  Compass Vision shall file an amended cross-complaint by **August 26, 2009.**

Dated:  August 5, 2009

                                           Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORD GRANTING MORE DEF STMT.MAXIMUS.wpd