1  DION N. COMINOS (SBN: 136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH (SBN: 154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant/Third-Party Plaintiff
7  COMPASS VISION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON | CASE NO. **3:07-cv-03431-BZ** |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES** |
| vs. | |
| COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS | |
| Defendants. / | |
| COMPASS VISION, INC. | |
| Third-Party Plaintiff, | |
| vs. | |
| MAXIMUS, INC. | |
| Third-Party Defendant. / | |

## **JOINT STIPULATION**

Third-Party Plaintiff COMPASS VISION, INC. ("CVI") and Third-Party Defendant MAXIMUS, INC. ("MAXIMUS") hereby agree to extend the time for the parties to exchange Initial Disclosures. On July 8, 2009, the parties stipulated to an exchange on July 30, 2009; however, additional time is needed, and the parties therefore stipulate to an exchange of Initial Disclosures on or before August 14, 2009.

IT IS SO STIPULATED.

Dated: July 31, 2009                    GORDON & REES LLP

                                        By: /s/ Catherine A. Salah
                                        ─────────────────────────────
                                        CATHERINE A. SALAH
                                        Attorneys for Defendant/Third-Party Plaintiff
                                        COMPASS VISION, INC.


Dated: July 31, 2009                    GREENBERG TRAURIG LLP

                                        By: /s/ Jeremy A. Meier
                                        ─────────────────────────────
                                        JEREMY A. MEIER
                                        Attorneys for Third-Party Defendant
                                        MAXIMUS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2009

                                        *Bernard Zimmerman* (signature)
                                        ─────────────────────────────
                                        Honorable Bernard Zimmerman
                                        Magistrate Judge of the District Court