DION N. COMINOS  (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH  (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant/Third-Party Plaintiff
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON<br><br>              Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>              Defendants.          /<br>COMPASS VISION, INC.<br><br>              Third-Party Plaintiff,<br><br>    vs.<br><br>MAXIMUS, INC.<br><br>              Third-Party Defendant.     / | CASE NO. **3:07-cv-03431-BZ**<br><br>**STIPULATION TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES** |

## **JOINT STIPULATION**

Third-Party Plaintiff COMPASS VISION, INC. ("CVI") and Third-Party Defendant MAXIMUS, INC. ("MAXIMUS") hereby agree to extend the time for the parties to exchange Initial Disclosures. On July 8, 2009, the parties stipulated to an exchange on July 30, 2009; however, additional time is needed, and the parties therefore stipulate to an exchange of Initial Disclosures on or before August 14, 2009.

-1-

IT IS SO STIPULATED.

Dated: July 31, 2009                      GORDON & REES LLP

                                          By: /s/ Catherine A. Salah
                                          _____
                                          CATHERINE A. SALAH
                                          Attorneys for Defendant/Third-Party Plaintiff
                                          COMPASS VISION, INC.

Dated: July 31, 2009                      GREENBERG TRAURIG LLP

                                          By: /s/ Jeremy A. Meier
                                          _____
                                          JEREMY A. MEIER
                                          Attorneys for Third-Party Defendant
                                          MAXIMUS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2009

                                          _____
                                          Honorable Bernard Zimmerman
                                          Magistrate Judge of the District Court

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111