UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COMPASS VISION INC., et al.,<br><br>    Defendant(s). | No. C07-3431 BZ<br><br>Related Cases: C07-5642 BZ<br>C08-4118 BZ<br>C09-2016 BZ<br><br>**ORDER GRANTING LEAVE TO FILE MOTION TO ADD OR SUBSTITUTE LEAD PLAINTIFF** |

Following a status conference held on August 17, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** that if plaintiffs believe that an additional lead plaintiff's case should be tried apart from Deborah Wilson's case, plaintiffs are granted leave to file an appropriate motion. If plaintiffs choose to file said motion, they shall do so by no later than **September 8, 2009.** Any opposition shall thereafter be filed by **September 22, 2009**. Upon reviewing the papers submitted by the parties, the Court will determine if a hearing is necessary.

Dated: August 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORDER GRANTING LEAVE TO FILE MOT TO ADD LEAD PLAINTIFF.wpd

1