UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEZLI LYNNE BYRUM, | ) | |
| Plaintiff(s), | ) | No. C09-2016 BZ |
| v. | ) | Related Case: C07-3431 BZ |
| | ) | C07-5642 BZ |
| COMPASS VISION, INC., et al., | ) | C08-4118 BZ |
| | ) | **ORDER STAYING ACTION** |
| Defendant(s). | ) | |

Following a case management conference at which all parties were represented by counsel, **IT IS ORDERED** that consistent with the Court's order in <u>Wilson v. Compass Vision, Inc.</u>, Case No. 07-3431 (*see* Doc. No. 130.), this action is **STAYED**, pending further order of the court.

Dated: August 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BYRUM v. COMPASS VISION\ORDER STAYING ACTION.wpd

1