1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LEZLI LYNNE BYRUM,              )
                                    )
12            Plaintiff(s),         )      No. C09-2016 BZ
                                    )
13       v.                         )      Related Case: C07-3431 BZ
                                    )                     C07-5642 BZ
14  COMPASS VISION, INC., et        )                     C08-4118 BZ
    al.,                            )
15                                  )      **ORDER STAYING ACTION**
              Defendant(s).         )
16  _____)

17       Following a case management conference at which all

18  parties were represented by counsel, **IT IS ORDERED** that

19  consistent with the Court's order in <u>Wilson v. Compass Vision,</u>

20  <u>Inc.</u>, Case No. 07-3431 (*see* Doc. No. 130.), this action is

21  **STAYED**, pending further order of the court.

22  Dated: August 19, 2009

23                          _____
                                       Bernard Zimmerman
24                            United States Magistrate Judge

25

    G:\BZALL\-BZCASES\BYRUM v. COMPASS VISION\ORDER STAYING ACTION.wpd
26

27

28


                                   1