UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> COMPASS VISION, INC., et al., <br><br> Defendant(s). | No. C07-5642 BZ <br><br> Related Cases: C07-3431 BZ <br> C08-4118 BZ <br> C09-2016 BZ <br><br> **ORDER DESIGNATING LEAD PLAINTIFF** |

Plaintiffs have moved to have Carol Howe act as lead plaintiff but are willing to have Laura Fujisawa act as lead plaintiff. In its opposition, defendant NMS Labs suggests Ms. Fujisawa act as lead plaintiff. **IT IS THEREFORE ORDERED** that this case will proceed to trial **AS SCHEDULED** with Ms. Fujisawa as plaintiff and the stay is lifted as to Ms. Fujisawa.

<u>Wilson v. Compass Vision</u>, et al., C07-3431, having been dismissed **IT IS FURTHER ORDERED** that henceforth all papers be captioned <u>Laura Fujisawa, et al v. Compass Vision, Inc.</u>, et al. and papers be filed in C07-5642.

The Court finds no need for further briefing or argument

1

and the hearing scheduled for November 4, 2009 is **VACATED**.

Dated: October 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\ORDER DESIGNATING LEAD PLAINTIFF.wpd

2