1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  JOANNE ELIZABETH CLEVELAND, )      No. C07-5642 BZ
    et al.                      )
12                              )      Related Cases: C07-3431 BZ
              Plaintiff(s),     )                     C08-4118 BZ
13                              )                     C09-2016 BZ
         v.                     )
14                              )      **ORDER DESIGNATING**
    COMPASS VISION, INC., et    )      **LEAD PLAINTIFF**
15  al.,                        )
                                )
16        Defendant(s).         )
    _____)

17

18       Plaintiffs have moved to have Carol Howe act as lead

19  plaintiff but are willing to have Laura Fujisawa act as lead

20  plaintiff.  In its opposition, defendant NMS Labs suggests Ms.

21  Fujisawa act as lead plaintiff.  **IT IS THEREFORE ORDERED** that

22  this case will proceed to trial **AS SCHEDULED** with Ms. Fujisawa

23  as plaintiff and the stay is lifted as to Ms. Fujisawa.

24       Wilson v. Compass Vision, et al., C07-3431, having been

25  dismissed **IT IS FURTHER ORDERED** that henceforth all papers be

26  captioned Laura Fujisawa, et al v. Compass Vision, Inc.,

27  et al. and papers be filed in C07-5642.

28       The Court finds no need for further briefing or argument

                                   1

1    and the hearing scheduled for November 4, 2009 is **VACATED.**

2    Dated: October 7, 2009

3

4                              Bernard Zimmerman
                       United States Magistrate Judge

5    G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\ORDER DESIGNATING LEAD PLAINTIFF.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28