DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant/Third-Party Plaintiff
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>Defendants. /<br>COMPASS VISION, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>MAXIMUS, INC.<br><br>Third-Party Defendant. / | CASE NO. **3:07-cv-03431-BZ**<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant COMPASS VISION, INC. hereby substitutes Jennifer L. Dauer of the law firm of Diepenbrock Harrison, 400 Capitol Mall, Suite 1800, Sacramento, California 95814; 916-492-5000 (telephone); 916-446-4535 (facsimile); jdauer@diepenbrock.com as its attorneys of record in the above-captioned action instead of Dion N. Cominos and Catherine A. Salah of the law firm of Gordon & Rees LLP. This substitution may be signed in facsimile counter parts in

| | |
|---|---|
| 1 | order to avoid delay. |
| 2 | I have read this substitution of attorney and consent to the foregoing substitution. |
| 3 | Dated: September 18, 2009 |

/s/ Kim McKown

Kim McKown

7 We agree to the above substitution.

8 Dated: September 29, 2009          GORDON & REES LLP

/s/ Dion N. Cominos
By: _____
DION N. COMINOS

13 We accept the above substitution.

14 Dated: October 2, 2009          DIEPENBROCK w HARRISON

/s/ Jennifer L. Dauer
By: _____
JENNIFER L. DAUER

19 IT IS SO ORDERED.

20 Dated: _October 9,_____, 2009

*[signature: Bernard Zimmerman]*
United States Magistrate Judge
Bernard Zimmerman

*Wilson v. Compass Vision, Inc., et al.*
U.S. District Court, Northern District, Case No. 3:07-cv-03431-BZ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

☐ by transmitting via ELECTRONIC MAIL the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

☒ by ELECTRONIC SERVICE. I served the above listed document(s), described above via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Web site. Upon completion of said transmission and filing of said documents, a certified receipt is issued to the filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

addressed to:

    Steven S Kane, Esq. (skane@thekanelawfirm.com, cmills@thekanelawfirm.com)

    Norman Perlberger, Esq. (nperlberger@ppl-law.com)

    Christian Green, Esq. (christian.green@cna.com, Deborah.Weidle@cna.com)

    Samuel G. Grader, Esq. (samuel.grader@cna.com)

    David F. Beach, Esq. (beach@perrylaw.net)

    Jeremy A. Meier (meierj@gtlaw.com, ducharmem@gtlaw.com, saclitdock@gtlaw.com)

    Thomas A. Woods (woodsto@gtlaw.com, ducharmem@gtlaw.com, saclitdock@gtlaw.com)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2009 at San Francisco, California.

                                      /s/ Catherine A. Salah

                                      Catherine A. Salah