UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> COMPASS VISION, INC., et ) <br> al., ) <br> ) <br> ) <br> Defendant(s). ) <br> ──────────────────────────) | No. C07-5642 BZ <br><br> Related Cases: C07-3431 BZ <br> C08-4118 BZ <br> C09-2016 BZ <br><br> **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery problems is scheduled for **Tuesday, December 15, 2009 at 3:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: December 11, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\TEL CONF 1 RE DISCOVERY.wpd

1