1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | LAURA FUJISAWA, et al.        )
                                   )
12 |           Plaintiff(s),       )      No. C07-5642 BZ
                                   )
13 |      v.                       )      Related Cases: C07-3431 BZ
                                   )                     C08-4118 BZ
14 | COMPASS VISION, INC., et      )                     C09-2016 BZ
   | al.,                          )
15 |                               )      **ORDER SCHEDULING TELEPHONIC**
                                   )      **DISCOVERY CONFERENCE**
16 |           Defendant(s).       )
   |_____)

17

18     **IT IS HEREBY ORDERED** that a telephone conference to
19 discuss the outstanding discovery problems is scheduled for
20 **Tuesday, December 15, 2009 at 3:00 p.m.**  Counsel shall contact
21 **CourtCall**, telephonic court appearances at **1-888-882-6878**, and
22 make arrangements for the telephonic conference call.
23 Dated: December 11, 2009

24                              _____
25                                      Bernard Zimmerman
                                 United States Magistrate Judge
26
   G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\TEL CONF 1 RE DISCOVERY.wpd
27
28

                                  1