1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAURA FUJISAWA, et al. | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C07-5642 BZ |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| | ) | **ORDER SCHEDULING TELEPHONE CONFERENCE** |
| Defendant(s). | ) | |

Following a telephone conference where all parties were represented by counsel, **IT IS ORDERED THAT** the parties meet and confer regarding the scheduling of future depositions. The parties are **ORDERED** by **JANUARY 8, 2010** to stipulate to and file a list of deponents whose testimony would be impacted by Magistrate Judge Hollows's ruling regarding the state privilege together with a proposed schedule, if Judge Hollows rules from the bench.  A telephonic conference is scheduled for **JANUARY 11, 2010 at 3:00 p.m.,** to discuss discovery issues.  Counsel shall contact **CourtCall**, telephonic

//

//

1

court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: December 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER SCHEDULING TEL CONF.wpd