```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LAURA FUJISAWA, et al.      )     No. C07-5642 BZ
                                )
12            Plaintiff(s),     )     Related Cases: C07-3431 BZ
                                )                    C08-4118 BZ
13       v.                     )                    C09-2016 BZ
                                )
14  COMPASS VISION, INC., et    )
    al.,                        )     ORDER CONTINUING TRIAL
15                              )     AND PRETRIAL DATES
                                )
16            Defendant(s).     )
    ─────────────────────────── )
17
18        The Joint Motion for Administrative Relief (Docket No.

19  151) is GRANTED, except that the Court sees no way of

20  preserving the current trial date if discovery is extended.

21  Accordingly, IT IS HEREBY ORDERED that the current trial date

22  is VACATED and replaced by the following schedule:

23  DATES

24  Trial Date: Monday, July 19, 2010, 15 days

25  Pretrial Conference: Tuesday, 6/29/2010, 4 p.m.

26  Last Day to Hear Dispositive Motions: Wednesday, 5/26/2010

27  Last Day for Expert Discovery: Friday, 4/16/2010

28  Last Day for Rebuttal Expert Disclosure: Friday, 4/9/2010

                                1
```

1    Last Day for Expert Disclosure: **Friday, 4/2/2010**

2    Close of Non-expert Discovery: **Friday, 3/26/2010**

3          There will be no further continuances.  The Pretrial

4    Scheduling Order dated March 27, 2008 (Docket No. 53)

5    otherwise remains in full force and effect.

6    Dated: February 2, 2010

7    _____
                                    Bernard Zimmerman
8                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28