UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| | ) | |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| | ) | |
| COMPASS VISION, INC., et al., | ) | **ORDER CONTINUING TRIAL AND PRETRIAL DATES** |
| | ) | |
| Defendant(s). | ) | |

The Joint Motion for Administrative Relief (Docket No. 151) is **GRANTED**, except that the Court sees no way of preserving the current trial date if discovery is extended. Accordingly, **IT IS HEREBY ORDERED** that the current trial date is **VACATED** and replaced by the following schedule:

DATES

Trial Date: **Monday, July 19, 2010, 15 days**

Pretrial Conference: **Tuesday, 6/29/2010, 4 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 5/26/2010**

Last Day for Expert Discovery: **Friday, 4/16/2010**

Last Day for Rebuttal Expert Disclosure: **Friday, 4/9/2010**

1

1 | Last Day for Expert Disclosure: **Friday, 4/2/2010**
2 | Close of Non-expert Discovery: **Friday, 3/26/2010**
3 |     There will be no further continuances.  The Pretrial
4 | Scheduling Order dated March 27, 2008 (Docket No. 53)
5 | otherwise remains in full force and effect.
6 | Dated: February 2, 2010

*[signature: Bernard Zimmerman]*

Bernard Zimmerman
United States Magistrate Judge