UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | |
| Plaintiff(s), | ) | No. C07-5642 BZ |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| Defendant(s). | ) | |

Following a telephone conference where all parties were represented by counsel, **IT IS ORDERED THAT:**

1. Defendant Maximus shall file its motion to sever by **MARCH 24, 2010.** Any opposition shall be filed by **APRIL 7, 2010.** Any reply shall be filed by **APRIL 14, 2010**.

2. The motion to sever is scheduled to be heard on **MAY 5, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. Any motion for summary judgment shall be filed by **MAY 12, 2010.** The parties shall cooperate in filing a joint

1

statement of undisputed facts.  Any opposition shall be filed by **JUNE 2, 2010.**  Any reply shall be filed by **JUNE 9, 2010.**  The motions for summary judgment are scheduled to be heard on **JUNE 30, 2010 at 10:00 a.m..**

    4.  This case is scheduled for trial beginning **NOVEMBER 29, 2010**.  The pretrial conference is scheduled for **NOVEMBER 9, 2010 at 4:00 p.m..**  The trial date scheduled for **JULY 19, 2010** is **VACATED.**  The disclosure and discovery deadlines in the Order dated February 2, 2010 shall remain in effect.

Dated: February 9, 2010

                                 Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\BRIEFING ORDER.wpd