UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAURA FUJISAWA, et al. | No. C07-5642 BZ |
|---|---|
| Plaintiff(s), | Related Cases: C07-3431 BZ |
|  | C08-4118 BZ |
| v. | C09-2016 BZ |
| COMPASS VISION, INC., et al., | **ADMINISTRATIVE ORDER** |
| Defendant(s). | |

Inasmuch as the related cases have all been stayed, **IT IS ORDERED** that henceforth, all Fujisawa pretrial and trial documents shall not be filed in the related cases unless there is a specific need to do so.

**IT IS FURTHER ORDERED** that Wilson v. Compass Vision, C07-3431 is dismissed with prejudice, the Court understanding that this matter has been settled.

Any party who objects to any portion of this Order shall file an objection by **February 22, 2010**.

Dated: February 10, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ADMINISTRATIVE MOTION.wpd

1