1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   LAURA FUJISAWA, et al.        )
                                   )
12            Plaintiff(s),        )      No. C07-5642 BZ
                                   )
13        v.                       )      Related Cases: C07-3431 BZ
                                   )                     C08-4118 BZ
14   COMPASS VISION, INC., et      )                     C09-2016 BZ
     al.,                          )
15                                 )      **SCHEDULING ORDER**
                                   )
16            Defendant(s).        )
     _____)
17

18        Having reviewed the parties' request for an extension of

19   deadlines, **IT IS ORDERED AS FOLLOWS:**

20        1.  Any motion for summary judgment shall be filed by

21   **JUNE 21, 2010**.  The parties shall cooperate in filing a joint

22   statement of undisputed facts.  Any opposition shall be filed

23   by **JULY 6, 2010**.  Any reply shall be filed by **JULY 13, 2010**.

24   The motions for summary judgment are scheduled to be heard on

25   **AUGUST 4, 2010 at 10:00 a.m.**.

26        2.  Close of Expert Discovery: **JUNE 14, 2010**

27        3.  Rebuttal Expert Disclosure: **JUNE 7, 2010**

28        4.  Expert Disclosure: **MAY 31, 2010**

                                  1

5. Close of Non-Expert Discovery: **MAY 24, 2010**

The parties may stipulate to dates in advance of these dates, but may not continue these dates. All other dates set by the February 9 Scheduling Order remain in effect.

Dated: March 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

`

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\SCHED ORD FINAL VERSION.wpd