UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. )<br>)<br>    Plaintiff(s),   )<br>)<br>    v.                )<br>)<br>COMPASS VISION, INC., et )<br>al.,                     )<br>)<br>    Defendant(s).    )<br>_____) | No. C07-5642 BZ<br><br>Related Cases: C07-3431 BZ<br>               C08-4118 BZ<br>               C09-2016 BZ<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' request for an extension of deadlines, **IT IS ORDERED AS FOLLOWS:**

1. Any motion for summary judgment shall be filed by **JUNE 21, 2010**. The parties shall cooperate in filing a joint statement of undisputed facts. Any opposition shall be filed by **JULY 6, 2010**. Any reply shall be filed by **JULY 13, 2010**. The motions for summary judgment are scheduled to be heard on **AUGUST 4, 2010 at 10:00 a.m.**.

2. Close of Expert Discovery: **JUNE 14, 2010**

3. Rebuttal Expert Disclosure: **JUNE 7, 2010**

4. Expert Disclosure: **MAY 31, 2010**

1

5.  Close of Non-Expert Discovery: **MAY 24, 2010**

The parties may stipulate to dates in advance of these dates, but may not continue these dates.  All other dates set by the February 9 Scheduling Order remain in effect.

Dated: March 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

`
G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\SCHED ORD FINAL VERSION.wpd

2