1
2
3
4
5
6
7
8
9
10                      UNITED STATES DISTRICT COURT
11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | LAURA FUJISAWA, et al.              ) Case No. 07-cv-05642 - BZ
13 |          Plaintiffs,                )
   |                                     ) **AMENDED [PROPOSED] ORDER RE
14 | vs.                                 ) JOINT STIPULATION TO EXTEND
   |                                     ) TIME TO COMPLETE DISCOVERY
15 | COMPASS VISION, INC., et al.        ) AND DEPOSITIONS**
16 |          Defendants                 )
17 |_____)
   | COMPASS VISION, INC.                )
18 |                                     )
   |          Cross-Complainant,         )
19 |                                     )
   | vs.                                 )
20 |                                     )
   | MAXIMUS, INC.                       )
21 |                                     )
   |          Cross-Defendant.           )
22 |_____)

23       PURSUANT TO THE JOINT STIPULATION TO EXTEND TIME TO COMPLETE
24 DISCOVERY AND DEPOSITIONS AND GOOD CAUSE APPEARING, IT IS HEREBY
25 ORDERED that the dates be changed as follows:
26       Close of Non Expert Discovery to May 31, 2010;
27       Expert Disclosure to June 9, 2010;
28       Rebuttal Expert Disclosure to June 16, 2010; and

1 | Expert Discovery Deadline to June 23, 2010.
2 | **All other dates will remain the same**, including summary judgment schedule.
3 | DATED: May 18, 2010

*/s/ Bernard Zimmerman*
Honorable Bernard Zimmerman
Judge of the District Court