UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | |
| Plaintiff(s), | ) | No. C07-5642 BZ |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| | ) | **ORDER SHORTENING TIME ON MOTION TO WITHDRAW AS COUNSEL** |
| Defendant(s). | ) | |

Having received no opposition, **IT IS ORDERED** that Diepenbrock Harrison's Motion to Withdraw as Counsel of Record will be heard on shortened time.

Any opposition from any party or from Compass Vision shall be filed by **June 10, 2010**. If no opposition is filed, the motion will granted as unopposed without a hearing, based on the Court's understanding that Compass Vision will continue to represented by the law firm of Swider Medeiros Haver LLP.

The Diepenbrock Harrison firm shall serve a copy of this Order on Compass Vision immediately.

Dated: June 4, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER SHORTENING TIME TO WITHDRAW AS COUNSEL.wpd

1