UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. | No. C07-5642 BZ |
| Plaintiff(s), | Related Cases: C07-3431 BZ |
| | C08-4118 BZ |
| v. | C09-2016 BZ |
| COMPASS VISION, INC., et al., | |
| | **ORDER TO REPLY** |
| Defendant(s). | |

The Diepenbrock firm is **ORDERED** to reply to the opposition filed by Compass Vision by **5:00 p.m., Monday, June 14, 2010**. The Court is especially troubled by the apparent factual dispute over the role Mr. Swider was to play and over whether Compass Vision is willing to pay Diepenbrock's fees. Authority which discusses whether non-payment of fees is grounds for withdrawal under California law would also be helpful. Diepenbrock and Mr. Swider shall bring copies of their respective retainer agreements to the hearing.

///

///

///

1

1  A hearing on the matter is scheduled for **Wednesday, June 16,**
2  **2010** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal
3  Building, 450 Golden Gate Avenue, San Francisco, California
4  94102.
5   Dated: June 11, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER TO REPLY.wpd

2