1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al.,<br><br>Plaintiffs<br>v.<br><br>COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS,<br><br>Defendants | CASE NO. 3:07-cv-05642-BZ<br><br>Related Cases: 07-cv-04118 BZ<br>07-cv-02016 BZ<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE OF STEVEN S. KANE AT DIEPENBROCK HARRISON'S MOTION TO WITHDRAW AS COUNSEL HEARING<br><br>Date: June 14, 2010<br>Time: 10:00 a.m.<br>Dept.: G 15th Floor<br>Judge: Hon. Bernard Zimmerman |

HAVING CONSIDERED Plaintiffs Counsel, Steven S. Kane's Request to Appear Telephonically at Diepenbreock Harrison's Motion to Withdraw as Counsel hearing and good cause appearing

IT IS HEREBY ORDERED that Plaintiffs Counsel, Steven S. Kane, shall appear telephonically at Diepenbrock Harrison's Motion to Withdraw as Counsel hearing on Wednesday, June 16, 2010, at 10:00 a.m. Plaintiffs Counsel shall contact CourtCall to set up the telephone conference.

Dated: June ___, 2010

_____
Judge, _____ District Court

**DENIED**
*Bernard Zimmerman*
Judge Bernard Zimmerman