UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-5642 BZ |
| | ) | |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| | ) | |
| | ) | **ORDER DENYING MOTION TO WITHDRAW** |
| Defendant(s). | ) | |

For the reasons discussed at yesterday's hearing, the Diepenbrock firm's motion to withdraw (Doc. No. 188) is **DENIED** without prejudice. **IT IS ORDERED** that Compass Vision, Inc. 1) pay Diepenbrock $10,000 by July 1, 2010, 2) pay Diepenbrock $20,000 by the first of each month thereafter until all amounts owed are paid, and 3) pay its costs going forward. If Compass Vision is unable or unwilling to do so, it shall file a writing to that effect by **JUNE 30, 2010**. In that event, or upon being notified by Diepenbrock of Compass Vision's non-compliance with this order, the Court will grant the Diepenbrock firm's motion to withdraw.

1

1 | Compass Vision should be aware that if the motion to
2 | withdraw is granted, Mr. Swider is permitted to withdraw and
3 | Compass Vision is unable to find replacement counsel, the
4 | Court will enter its default.
5 | Dated: June 17, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER DENYING MOTION TO WITHDRAW.wpd

2