UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al.<br><br>      Plaintiff(s),<br><br>v.<br><br>COMPASS VISION, INC., et al.,<br><br>      Defendant(s). | No. C07-5642 BZ<br><br>Related Cases: C07-3431 BZ<br>               C08-4118 BZ<br>               C09-2016 BZ<br><br>**SCHEDULING ORDER** |

Having reviewed the parties stipulation with respect to the pending summary judgment motions, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's oppositions shall be filed no later than **July 19, 2010.**

2. Replies shall be filed no later than **July 28, 2010.**

3. The summary judgment motions will be heard on **August 11, 2010 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 25, 2010

                          Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\SCHEDULING ORDER RE SUMMARY JUDGMENT MOTIONS.wpd

1