UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | |
| Plaintiff(s), | ) | No. C07-5642 BZ |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| | ) | **BRIEFING ORDER** |
| Defendant(s). | ) | |

If Compass Vision has any objection to Maximus's motion to temporarily lift the stay as to plaintiffs Cleveland, Daniels, Howe and Moore for purposes of summary judgment, **IT IS ORDERED** to file those objections by **July 9, 2010.** If a reply or a hearing is necessary, the Court will issue a further order.

Dated: July 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\BRIEFING ORD RE MAXIMUS MOT TO LIFT STAY.wpd

1