ROBERT A. SWIDER, *pro hac vice*
SWIDER MEDEIROS HAVER LLP
621 SW Morrison, Suite 1420
Portland, OR 97205
Telephone: (503) 241-9577

Attorneys for Defendant
COMPASS VISION, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al., | ) CASE NO. 3:07-cv-05642-BZ |
| Plaintiffs, | ) **NOTICE TO COURT** |
| v. | ) **CONCERNING ORDER ON** |
| | ) **DIEPENBROCK HARRISON'S** |
| COMPASS VISION, INC., et al., | ) **MOTION TO WITHDRAW** |
| Defendants. | ) |
| | ) |
| COMPASS VISION, INC. | ) Judge:  Hon. Bernard Zimmerman |
| Third-Party Plaintiff/Counter-Defendant, | ) Complaint filed: May 7, 2009 |
| | ) Third Party Complaint filed: April 14, 2009 |
| v. | ) Trial Date: November 29, 2010 |
| MAXIMUS, INC. | ) |
| Third-Party Defendant/Counter-Claimant | ) |

1    Compass Vision through its pro hac vice counsel informs the Court that it is unable to
2  meet the payment terms set forth in the Order Denying Motion to Withdraw dated June 17,
3  2010.  Compass Vision also notifies the Court, that the Court in the pending Southern District
4  cases has granted the Motion of Diepenbrock Harrison to withdraw as counsel and that
5  Compass Vision must have Substitution of Counsel filed in those cases by 5 PM on July 13,
6  2010.  Compass Vision further advises the Court that it is in the process of finalizing
7  arrangements with replacement counsel in California and requests that if Diepenbrock
8  Harrison's withdrawal as counsel is effective immediately that the Court allow Robert Swider
9  to remain as pro hac vice counsel without local counsel until 5 PM on July 13, 2010.

10
11    Respectfully submitted,
12  DATED: June 30, 2010                    SWIDER MEDEIROS HAVER LLP
13
14                                           By: */s/ Robert A. Swider*
                                                  Robert A. Swider
15                                           Attorney, *pro hac vice*, for Defendant,
                                             Compass Vision, Inc.
16

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]*

DATED:  7/1/2010

Re: *Laura Fujisawa, et al. vs. Compass Vision (and related cross-action)*
United States District Court for the Northern District of California,
Case No. 3:07-cv-05642-BZ

## DECLARATION OF SERVICE

I, undersigned, declare:

I am a citizen of the United States, employed in the County of Multnomah, Oregon. My business address is 621 SW Morrison Street, Suite 1420, Portland, Oregon 97205. I am over the age of 18 years and not a party to the within action. On June 8, 2010, I caused to be served the following document(s):

***JOINT ALL PARTY APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION TO SEVER HEARING MAY 5, 2010***

[✓] BY ELECTRONIC SERVICE. I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Website addressed to:

| | |
|---|---|
| Steven S. Kane<br>skane@thekanelawfirm.com<br><br>Norman Perlberger<br>perlberglaw@aol.com<br><br>Eliot H. Lewis<br>ehlewis@ppl-law.com | Attorneys for Plaintiffs |
| Jeremy A. Meier<br>Thomas A. Woods<br>meierj@gtlaw.com | Attorneys for Third-Party Defendant/<br>Counterclaimant MAXIMUS, Inc. |
| Christian Green<br>christian.green@cna.com<br><br>David Beach<br>beach@perrylaw.net<br><br>Anne D'Arcy<br>darcy@perrylaw.net | Attorneys for Defendant National Medical Services, Inc. d/b/a NMS Labs |
| Eileen M. Diepenbrock<br>ediepenbrock@diepenbrock.com<br><br>Jennifer L. Dauer<br>jdauer@diepenbrock.com | Attorneys for Defendant Compass Vision, Inc. |

I declare that I am a member of the Oregon State Bar admitted to this Court *pro hac vice* and that the foregoing is true and correct.

Executed on June 30, 2010 at Portland, Oregon.

*/s/ Robert A Swider*
Robert A. Swider