UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | |
| Plaintiff(s), | ) | No. C07-5642 BZ |
| v. | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| COMPASS VISION, INC., et al., | ) | C09-2016 BZ |
| | ) | **ORDER DENYING MOTION TO LIFT STAY** |
| Defendant(s). | ) | |

Maximus's motion to lift the stay is **DENIED**. The issues presented to the Court by the various summary judgment motions are sufficiently complex that the Court sees no need to further complicate one of them by requiring additional analyses of the factual circumstances of plaintiffs other than Fujisawa. While the Court is inclined to agree with Maximus's notion that the ruling as to Fujisawa should "be equally dispositive" as to the other plaintiffs, the Court will reserve that decision for the future.

Dated: July 15, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER DENYING MAXIMUS MOT TO LIFT STAY.wpd

1