```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


LAURA FUJISAWA, et al.      )
                            )
          Plaintiff(s),     )    No. C07-5642 BZ
                            )
     v.                     )    Related Cases: C07-3431 BZ
                            )                   C08-4118 BZ
COMPASS VISION, INC., et    )                   C09-2016 BZ
al.,                        )
                            )    ORDER DENYING MOTIONS TO
                            )    SEAL
          Defendant(s).     )
_____)
```

Defendant Compass and plaintiff Fujisawa have both filed motions to file documents under seal. Compass's motion (Doc. No. 227) reiterates requests that the court has ruled on verbatim by Order dated July 2, 2010 (Doc. No. 221). Compass's motion is **DENIED**. Fujisawa's motions to seal (Doc. Nos. 235, 236) are **DENIED**. If the state of California wishes to keep the information at issue from public view, it shall file a writing to that effect by **July 28, 2010.** If the state of California does not file any such writing, the parties

///

///

1

1 | **SHALL** file public and sealed versions of their respective
2 | documents in accordance with my July 2, 2010 Order.
3 | Dated: 16 July 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER DENYING MOTIONS TO SEAL.wpd