EILEEN M. DIEPENBROCK, SBN 119254
JENNIFER L. DAUER, SBN 179262
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

ROBERT A. SWIDER
SWIDER MEDEIROS HAVER LLP
621 SW Morrison, Suite 1420
Portland, OR 97205
Telephone: (503) 241-9577

Attorneys for Defendant,
COMPASS VISION, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al.<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.<br><br>    Defendants. | Case No.: 3:07-cv-05642-BZ<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Judge:  Hon. Bernard Zimmerman<br><br>Complaint filed: November 6, 2007<br>Trial: November, 29, 2010 |
| COMPASS VISION, INC.<br><br>    Third-Party Plaintiff/<br>    Counter-Defendant,<br><br>vs.<br><br>MAXIMUS, INC.<br><br>    Third-Party Defendant/<br>    Counterclaimant. | Third Party Complaint filed: April 14, 2009 |

1 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 In accordance with this Court's Order of June 17, 2010, Defendant COMPASS VISION, INC. hereby substitutes Farallon Law Group, 459 Fulton Street, Suite 102, San Francisco, CA 94102, telephone: (415) 255-2450, facsimile: (415) 255-2451, email: dlavine@farallonlaw.com, and attorney David Lavine (SBN 166744) as lead counsel, as its attorneys of record in the above-captioned action in place of the law firm of Diepenbrock Harrison, lead counsel Jennifer L. Dauer, and Eileen M. Diepenbrock, Gene K. Cheever, Jeffrey L. Anderson and John R. Garner. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: July 13, 2010

_____
Kim McKown

We agreed to this substitution.

Dated: July 13, 2010                DIEPENBROCK HARRISON
                                    A Professional Corporation

                                    By: _____
                                        Jennifer L. Dauer

We accept this substitution.

Dated: July 13, 2010                FARALLON LAW GROUP

                                    By: _____
                                        David Lavine
                                        *(Signature Authorized on July 13, 2010)*

IT IS SO ORDERED.

Dated: ~~July____, 2010~~
August 11, 2010
Nunc Pro Tunc as
of July 13, 2010.

_____
Bernard Zimmerman
United States Magistrate Judge

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        In accordance with this Court's Order of June 17, 2010, Defendant COMPASS
3  VISION, INC. hereby substitutes Farallon Law Group, 459 Fulton Street, Suite 102,
4  San Francisco, CA 94102, telephone: (415) 255-2450, facsimile: (415) 255-2451, email:
5  dlavine@farallonlaw.com, and attorney David Lavine (SBN 166744) as lead counsel, as its
6  attorneys of record in the above-captioned action in place of the law firm of Diepenbrock
7  Harrison, lead counsel Jennifer L. Dauer, and Eileen M. Diepenbrock, Gene K. Cheever,
8  Jeffrey L. Anderson and John R. Garner.  This substitution may be signed in facsimile
9  counter parts in order to avoid delay.

10        I have read this substitution of attorney and consent to the foregoing substitution.

11  Dated: July ___, 2010

12                                                    _____
13                                                    Kim McKown

14  We agreed to this substitution.

15  Dated: July 13, 2010                DIEPENBROCK HARRISON
16                                             A Professional Corporation

17
                                            By:    */s/ Jennifer L. Dauer*_____
18                                                         Jennifer L. Dauer

19

20  We accept this substitution.

21  Dated: July 13, 2010                FARALLON LAW GROUP

22
                                            By:    */s/ David Lavine*_____
23                                                         David Lavine
24                                                         *(Signature Authorized on July 13, 2010)*

25        IT IS SO ORDERED.

26  Dated: July ____, 2010

                                                _____
27                                                  Bernard Zimmerman
                                                United States Magistrate Judge
28

Re:  *Laura Fujisawa, et al. vs. Compass Vision (and related cross-action)*
*United States District Court for the Northern District of California,*
*Case No. 3:07-cv-05642-BZ*

## PROOF OF SERVICE

I, undersigned, declare:

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Suite 1800, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action.

On July 13, 2010, I caused to be served on the interested parties to this action the document identified as:

## SUBSTITUTION OF ATTORNEY

[✓] by ELECTRONIC SERVICE. I served the above listed document(s), described above via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Web site. Upon completion of said transmission and filing of said documents, a certified receipt is issued to the filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

addressed to:

| | |
|---|---|
| Norman Perlberger | (perlberglaw@aol.com, ehlewis-@ppl-law.com) |
| Steven S. Kane | (skane@thekanelawfirm.com) |
| David Fernando Beach | (beach@perrylaw.net) |
| Anne D'Arcy | (darcy@perrylaw.net) |
| Christian Green | (christian.green@cna.com) |
| Jeremy A. Meier | (meierj@gtlaw.com) |
| Robert A. Swider | (robert@smhllaw.com) |

[✓] by EMAIL I caused each such document to be sent by electronic mail to the addressees at the email addressees listed below.

    Kim McKown    (kmckown@compassvision.com)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 13, 2010, at Sacramento, California.

_____/s/ *Jennifer L. Dauer*_____
Jennifer L. Dauer

{00242541; 1}   - 1 -   3:07-cv-5642

PROOF OF SERVICE

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION