UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| Plaintiff(s), | ) ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| COMPASS VISION, INC., et al., | ) ) ) | **ORDER SCHEDULING TELEPHONE CONFERENCE** |
| Defendant(s). | ) ) | |

Having received the State of California's motion for relief (Docket No. 263) **IT IS HEREBY ORDERED** that a telephone conference to discuss this motion is scheduled for **September 14, 2010 at 1:30 p.m.** All interested parties wishing to appear by telephone shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: September 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER SCHED TELE CONF.wpd

1