1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   LAURA FUJISAWA, et al.      )        No. C07-5642 BZ
                                 )
12             Plaintiff(s),     )        Related Cases: C07-3431 BZ
                                 )                       C08-4118 BZ
13        v.                     )                       C09-2016 BZ
                                 )
14   COMPASS VISION, INC., et    )        **ORDER RE SEVERANCE**
     al.,                        )
15                               )
                                 )
16             Defendant(s).     )
     ────────────────────────────)

17

18        Following a hearing on Maximus' motion for an order

19   shortening time to file a motion for judgment on the

20   pleadings, **IT IS ORDERED** as follows:

21        1.  Maximus' motion is **DENIED**.  The motion for judgment

22   on the pleadings (Docket No. 267) is taken off calendar.

23        2.  Maximus' counterclaim against Compass Vision is

24   severed for trial, on condition that Maximus provide any of

25   its witnesses and documents which the other parties had an

26   expectation that Maximus would produce at trial.

27        3.  If any party opposes the severance of Maximus'

28   counterclaim, it shall file an opposition by **October 27, 2010**.

                                    1

1   Objections will be decided at the Pretrial Conference.

2       4.   Maximus and Compass Vision are urged to resolve the

3   attorney's fee issue.   If they cannot, a status conference is

4   scheduled for **January 10, 2011 at 4:00 p.m.** for purposes of

5   devising a schedule for resolving the counterclaim.

6   Dated: October 20, 2010

7                              Bernard Zimmerman

8                   United States Magistrate Judge

9

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER RE SEVERANCE.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28