UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. | No. C07-5642 BZ |
| Plaintiff(s), | Related Cases: C07-3431 BZ |
| | C08-4118 BZ |
| v. | C09-2016 BZ |
| COMPASS VISION, INC., et al., | **ORDER ADVANCING TIME OF PRETRIAL CONFERENCE** |
| Defendant(s). | |

**IT IS HEREBY ORDERED** as follows:

1. The Pretrial Conference scheduled for November 9, 2010 at 4:00 p.m. is **ADVANCED** to **November 9, 2010 at 3:00 p.m.**

2. The Court is contemplating imposing time limits on the parties for the presentation of evidence. At the pretrial conference, each party should be prepared to provide a realistic assessment of amount of time it needs for direct and cross-examination of witnesses.

Dated: October 27, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\PRETRIAL\ORDER ADVANCING TIME OF PRETRIAL CONFERENCE.wpd

1