UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. | No. C07-5642 BZ |
| Plaintiff(s), | Related Cases: C07-3431 BZ |
| | C08-4118 BZ |
| v. | C09-2016 BZ |
| COMPASS VISION, INC., et al., | **DAUBERT SCHEDULING ORDER** |
| Defendant(s). | |

If the Court concludes that a <u>Daubert</u> hearing is necessary to evaluate the qualifications of any proposed expert to render a specific opinion, the Court will schedule a hearing at the pretrial conference. The Court does not expect any expert witness to attend the pretrial conference.

Dated: 7/N/N 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\PRETRIAL\DaubertSched

1