UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| COMPASS VISION, INC., et al., | ) | **ORDER REQUIRING NATIONAL MEDICAL SERVICES TO FILE JURY INSTRUCTIONS** |
| Defendant(s). | ) | |

By **5 p.m. on Monday, November 8, 2010**, defendant National Medical Services is ordered to file a complete version of its separately submitted proposed jury instructions (Docket No. 282) which shall contain the actual text of the instructions, including the text that it proposes should be inserted into the instruction's brackets.

Dated: November 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\PRETRIAL\ORDER REQUIRING NMS TO SUBMIT COMPLETE INSTRUCTIONS.wpd