| | |
|---|---|
| DAVID F. BEACH (SBN: 127135) <br> ANNE C. D'ARCY (SBN: 232948) <br> PERRY, JOHNSON, ANDERSON <br> MILLER & MOSKOWITZ, LLP <br> 438 First Street, Fourth Floor <br> Santa Rosa, CA 95401 <br> Telephone: (707) 525-8800 <br> Facsimile: (707) 545-8242 <br> E-mail: Beach@perrylaw.net <br> E-mail Darcy@perrylaw.net <br><br> Attorneys for Defendant <br> NATIONAL MEDICAL SERVICES, INC., <br> dba NMS LABS | DAVID LAVINE (SBN: 166744) <br> FARALLON LAW GROUP LLP <br> 459 Fulton Street, Suite 102 <br> San Francisco, CA 94102 <br> Telephone: (415) 255-2450 <br> Facsimile: (415) 255-2451 <br> E-mail: dlavine@farallonlaw.com <br><br> Attorneys for Defendant <br> COMPASS VISION, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, <br><br> Plaintiff, <br><br> vs. <br><br> COMPASS VISION, INC, and NATIONAL MEDICAL SERVICES, INC. dba NMS LABS, <br><br> Defendants. <br> _____ / | CASE NO. 3:07 CV 05642 BZ <br><br> **DEFENDANTS' JOINT APPLICATION & ORDER TO BRING PERSONAL ELECTRONIC EQUIPMENT IN TO THE COURTROOM FOR USE AT TRIAL** <br><br> Local Rule 77-3 <br><br> TRIAL DATE: November 29, 2010 <br> Courtroom D, 15th Floor |

Defendants, NATIONAL MEDIAL SERVICES INC., and COMPASS VISION, INC., hereby apply for and request an Order permitting their counsel to bring electronic equipment into the courtroom (laptop computers) to enable electronic means to present evidence during trial of this matter.

Counsel further request notice of procedures for inspection of equipment by Court personnel, if necessary;

And for an opportunity before the start of trial to ensure compatibility with the Court's electronic equipment at a time convenient to the Court Clerk on either Thursday, November 18, or Monday, November 22, 2010.

---

Application & Order - Use of Personal Electronic Equipment at Trial
Case No. 3:07 CV-05642 BZ                                                                                           1

Dated: November 12, 2010                         PERRY, JOHNSON, ANDERSON
                                                 MILLER & MOSKOWITZ LLP

                                                 /s/ Anne C. D'Arcy
                                                 _____
                                                 Attorneys for Defendant
                                                 NATIONAL MEDICAL SERVICES, INC.
                                                 dba NMS LABS

Dated: November 12, 2010                         FARALLON LAW GROUP, LLP

                                                 /s/ David Lavine
                                                 _____
                                                 Attorneys for Defendant
                                                 COMPASS VISION, INC.

# ORDER

1. Counsel may use their own electronic equipment to present evidence at trial.

2. Counsel will provide the equipment to Court personnel for inspection.

3. Counsel may bring the equipment to the courtroom to test compatibility with the Court's equipment in advance of trial at _ 2:00 pm _ a.m./p.m. on (circle one) ~~November 18, 2010 or~~ November 22, 2010.

**IT IS SO ORDERED**.

Dated: __November 12, 2010_____         _____
                                            BERNARD ZIMMERMAN
                                            Judge of the U.S. District Court

Application & Order - Use of Personal Electronic Equipment at Trial
Case No. 3:07 CV-05642 BZ                                                      2