UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| | ) | |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| | ) | |
| COMPASS VISION, INC., et al., | ) | |
| | ) | **SUPPLEMENTAL PRETRIAL ORDER** |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Having reviewed the recent filings, the Court supplements its final pretrial order in the following respects:

    1.  The Court intends to limit the total time of trial to 51 hours with each party tentatively having 17 hours to put on testimony, both direct and cross-examination, assuming Compass satisfies me that it needs this much time.

    2.  The Court proposes to consolidate this case with the cases of the other plaintiffs in this case and related cases <u>Wilson v. Compass Vision, Inc.</u>, C07-3431 BZ; <u>Garlick v. Compass Vision, Inc.</u>, C08-4118 BZ; <u>Byrum v. Compass Vision,</u>

1

Inc., C09-2016 BZ, for the limited purpose of trying the following issues:

    (1) Did Compass Vision negligently promote the use of EtG testing as a method of detecting alcohol abuse to the California Board of Pharmacy.

    (2) Did National negligently promote the use of EtG testing as a method of detecting alcohol abuse to the California Board of Pharmacy.

    (3) Did Compass Vision negligently advise the California Board of Pharmacy to initially establish 250 Ng/mL as the cutoff for declaring an EtG test positive.

    (4) Did National negligently advise the California Board of Pharmacy to initially establish 250 Ng/mL as the cutoff for declaring an EtG test positive.

    (5) After the SAMSHA September 2006 advisory was promulgated, was Compass Vision negligent in recommending that the California Board of Pharmacy continue to rely on EtG testing.

    (6) After the SAMSHA September 2006 advisory was promulgated, was National negligent in recommending that the California Board of Pharmacy continue to rely on EtG testing.

The Court intends to include these issues in the special verdict. Any objections to the phrasing of these issues, or any requests to include additional issues, shall be filed by **noon on November 23, 2010.**

1  The parties are **ORDERED** to appear for trial at **8:00 a.m.
2  on November 29, 2010** to address these issues and any
3  remaining  expert witnesses issues.  The parties are directed
4  to expedite expert testimony by stipulating to their
5  qualifications where possible and generally minimizing the
6  amount of time spent on their qualifications.
7  Dated: November 18, 2010

          _____
          Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\PRETRIAL\SUPPLEMENTAL PRETRIAL ORD.wpd

3