UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| | ) | |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| | ) | |
| COMPASS VISION, INC., et al., | ) | **ORDER ALLOWING ATTORNEY CHRISTIAN GREEN ACCESS TO BUILDING FOR TRIAL** |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

It has been brought to my attention and requested by Security that an Order is necessary to allow **attorney Christian Green** to enter the building for trial as he does not have proper identification and cannot obtain it because his office is located in Sacramento. **IT IS THEREFORE ORDERED** that **Christian Green, Esq.** be allowed access to the Federal Building to participate in a trial which is presently going on in my courtroom, Courtroom G, 15th Floor beginning **Monday, November 29, 2010 - December 17, 2010.**

Dated: November 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER ALLOWING ATTY GREEN ACCESS TO BUILDING.wpd

1