# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>COMPASS VISION, INC., et al.,<br><br>       Defendants. | CASE NO. 3:07-cv-05642-BZ<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING ATTORNEY JEREMY MEIER ACCESS TO BUILDING FOR TRIAL<br><br>Complaint Filed: November 6, 2007<br>Trial: November 29, 2010 |
| COMPASS VISION, INC.<br><br>       Third-Party Plaintiff/Counter-Defendant,<br><br>v.<br><br>MAXIMUS, INC.<br><br>       Third-Party Defendant/Counterclaimant. | Third Party Complaint Filed: April 14, 2009 |

SAC 441,873,176 v1 053272.013400                                                        Case No. 3:07-cv-05642-BZ

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING ATTORNEY
JEREMY MEIER ACCESS TO BUILDING FOR TRIAL

1  Third-Party Defendant/Counterclaimant MAXIMUS, Inc.'s ("MAXIMUS") Ex Parte Application For Order Allowing Attorney Jeremy Meier Access To Building For Trial came before this Court. The Court has considered the application in this matter. After full consideration of these materials and for good cause appearing:

**IT IS ORDERED THAT** MAXIMUS' Ex Parte Application For Order Allowing Attorney Jeremy Meier Access To Building For Trial be granted.

**IT IS THEREFORE ORDERED** that Jeremy Meier, Esq. be allowed access to the Federal Building to attend the trial which is presently going on in my courtroom, Courtroom G, 15th Floor, beginning November 30, 2010, through December 17, 2010.

Dated: 30 Nov , 2010

Hon. Bernard Zimmerman
United States Magistrate Judge