IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA FUJISAWA, et al.,
    Plaintiffs,

v.

COMPASS VISION, et al.,
    Defendants

No. C 07-5642 BZ

ORDER TO PAY ADDITIONAL ATTENDANCE FEE

    In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

    Therefore, IT IS HEREBY ORDERED that each member of the jury selected on February 18, 2010, hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

**IT IS SO ORDERED.**

Dated: 2 Dec 10

BERNARD ZIMMERMAN
United States Magistrate Judge