UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al. ) | No. C07-5642 BZ |
| ) | |
| Plaintiff(s), ) | Related Cases: C07-3431 BZ |
| ) | C08-4118 BZ |
| v. ) | C09-2016 BZ |
| ) | |
| COMPASS VISION, INC., et ) | |
| al., ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **FOLLOWING JURY VERDICT** |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

This action was tried by a jury with Judge Bernard Zimmerman presiding, and the jury has rendered a verdict.

**IT IS ORDERED** that plaintiff Laura Fujisawa recover nothing, the action be dismissed on the merits, and defendants National Medical Services, Inc. and Compass Vision, Inc. recover costs from plaintiff.

Dated: December 15, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\JUDGMENT IN A CIVIL CASE FOLLOWING JURY VERDICT.wpd

1