UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| COMPASS VISION, INC., et al., | ) | **ORDER DENYING DEFENDANTS' RULE 50 MOTIONS AS MOOT** |
| Defendant(s). | ) | |

The Rule 50 motions of defendants Compass Vision and National Medical Services, previously taken under submission, are **DENIED AS MOOT**.

Dated: December 20, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER DENYING RULE 50 MOTIONS.wpd

1