# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al., | ) CASE NO. 3:07-cv-05642-BZ |
| Plaintiffs, | ) **ORDER GRANTING MAXIMUS,** |
| | ) **INC.'S APPLICATION FOR** |
| v. | ) **TELEPHONIC APPEARANCE AT** |
| | ) **STATUS CONFERENCE JANUARY 10,** |
| COMPASS VISION, INC., et al., | ) **2011** |
| Defendants. | ) Date:      January 10, 2011 |
| | ) Time:      4:00 p.m. |
| | ) Courtroom: G |
| | ) Judge:     Hon. Bernard Zimmerman |
| | ) Complaint Filed: November 6, 2007 |
| | ) Trial: November 29, 2010 |
| COMPASS VISION, INC. | ) |
| | ) Third Party Complaint Filed: April 14, 2009 |
| Third-Party Plaintiff/Counter-Defendant, | ) |
| v. | ) |
| MAXIMUS, INC. | ) |
| Third-Party Defendant/Counterclaimant. | ) |

Case No. 3:07-cv-05642-BZ

ORDER GRANTING MAXIMUS, INC.'S APPLICATION FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE JANUARY 10, 2011

1     **IT IS HEREBY ORDERED** that counsel of record for Third-Party
2 Defendant/Counterclaimant MAXIMUS, Inc. is authorized to appear telephonically at the
3 Status Conference scheduled for January 10, 2011 at 4:00 p.m.

4     Five minutes before the time the Court is ready to hear the Status Conference in the
5 above-entitled matter, counsel shall call the ~~Court clerk [or, counsel is permitted~~ to schedule a
6 telephonic appearance for the Status Conference through the services of CourtCall~~]~~.

8 Dated: 10 Jan , 2011

                                           Hon. Bernard Zimmerman
                                           Judge of the District Court

1    Case No. 3:07-cv-05642-BZ
ORDER GRANTING MAXIMUS, INC.'S APPLICATION FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE JANUARY 10, 2011