UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| COMPASS VISION, INC., et al., | ) | **ORDER TO SHOW CAUSE** |
| | ) | (Order is re: C09-2016) |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that by **February 16, 2011**, plaintiffs Lezli Lynne Byrum, Lori Ann Hales and their counsel of record shall show cause in writing why they should not be held in contempt of Court or otherwise sanctioned under Rule 16(f) for their failures to attend the settlement conference scheduled for **February 7, 2011** before Judge Spero or to seek excuse from attending.  By that same date, counsel for plaintiffs shall show cause in writing why they should not be held in contempt or otherwise sanctioned under Rule 16(f) for failing to attend the status conference scheduled for **February 7, 2011** at 4:00 p.m.

1

Any interested party who wishes to suggest a proposed sanction shall do so in writing by **February 16, 2011**.

A hearing on the order to show cause is scheduled for Monday, **February 28, 2011 at 3:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiffs Byrum and Hales and their counsel must appear in person at this hearing.

Dated: February 8, 2011

                               Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER TO SHOW CAUSE RE FAILURE TO ATTEND SETT CONF AND STATUS CONF.wpd