1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA FUJISAWA, et al. | ) | No. C07-5642 BZ |
| | ) | |
| Plaintiff(s), | ) | Related Cases: C07-3431 BZ |
| | ) | C08-4118 BZ |
| v. | ) | C09-2016 BZ |
| | ) | |
| COMPASS VISION, INC., et al., | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Following the issuance of the Order to Show Cause, plaintiffs Byrum and Hales voluntarily dismissed their suits with prejudice. Since nothing more could have been accomplished had the plaintiffs attended the settlement conference, and given the explanation counsel have given of their dealings with Judge Spero and their understanding of their obligations, **IT IS ORDERED** that the Order to Show Cause is **DISCHARGED** as to these plaintiffs and their counsel.

The hearing on the Order to Show Cause scheduled for February 28, 2011 is **VACATED**. If Compass Vision and Maximus

1

wish to have a status conference at that time, they shall file a joint request by **February 23, 2011**.  Otherwise, the Court will issue a final judgment as to all matters and all cases before it and set a schedule for Maximus' attorneys' fees motion.

Dated: February 15, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER DISCHARGING OSC.wpd

2