```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   LAURA FUJISAWA, et al.    )    No. C07-5642 BZ
                               )
12             Plaintiff(s),   )    Related Cases: C07-3431 BZ
                               )                   C08-4118 BZ
13        v.                   )                   C09-2016 BZ
                               )
14   COMPASS VISION, INC., et  )
     al.,                      )    ORDER RE FURTHER FILINGS
15                             )
                               )
16             Defendant(s).   )
                               )
17   _____)
```

18      The Court has discharged the Order to Show Cause, yet
19 continues to get written argumentative filings about it.  **IT**
20 **IS THEREFORE ORDERED** that no one may file a document with
21 respect to the Order to Show Cause without first getting
22 permission from the Court to do so.  Request for permission
23 shall be made as a motion for administrative relief pursuant
24 to Local Rule 7-11.

25 Dated: February 17, 2011

                                    _____
                                              Bernard Zimmerman
                                     United States Magistrate Judge

1