1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LAURA FUJISAWA, et al.        )     No. C07-5642 BZ
                                  )
12            Plaintiff(s),       )     Related Cases: C07-3431 BZ
                                  )                    C08-4118 BZ
13       v.                       )                    C09-2016 BZ
                                  )
14  COMPASS VISION, INC., et      )
    al.,                          )
15                                )     **FINAL JUDGMENT**
                                  )
16            Defendant(s).       )
                                  )
17  _____  )

18       On December 15, 2010, after the jury returned its

19  verdict for defendants, the Court entered judgment on the

20  verdict there being no just cause for delay.

21       On August 13, 2010, the Court entered an Order in

22  plaintiff Fujisawa's action granting summary judgment in

23  favor of Maximus on Compass Vision, Inc.'s third party

24  complaint for indemnity.  **IT IS THEREFORE ORDERED** that third

25  party plaintiff Compass Vision recover nothing from Maximus,

26  that the third party complaint as to Fujisawa be dismissed on

27  the merits and that Maximus recover costs from Compass

28  Vision.

                              1

1    This Final Judgment terminates all these related cases.

2    Dated: February 24, 2011

3                                  Bernard Zimmerman
                                   United States Magistrate Judge
4

5
     G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\FINAL JUDGMENT.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2